UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **BAYER SCHERING PHARMA AG,** and **BAYER PHARMACEUTICALS INC.,** | : : : : | |
| Plaintiffs, | : : | Civil Action No. 05-2308(PGS) |
| v. | : : | ORDER |
| **BARR LABORATORIES, INC.,** | : : : | |
| Defendant. | : : | |

**SALAS, Magistrate Judge:**

This matter having come before the Court upon a motion by Defendant Barr Laboratories, Inc. for a Motion to Compel the depositions of Jürgen Hilman and Klaus Nickisch; and the Court hearing Oral Argument on October 12, 2007; and considering the written submissions; and for the reasons set forth on the record; and for good cause showing;

**IT IS** on this 12th day of October, 2007,

**ORDERED** that Defendant's Motion to Compel the depositions of Jürgen Hilman and Klaus Nickisch is **DENIED.**

s/ Esther Salas
**ESTHER SALAS**
**UNITED STATES MAGISTRATE JUDGE**