## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

BAYER SCHERING PHARMA AG &
BAYER HEALTHCARE
PHARMACEUTICALS INC.

  Plaintiffs and Counterclaim
  Defendants,

    v.

BARR LABORATORIES, INC.

  Defendant and Counterclaim
  Plaintiff.

Civil Action No. 05-2308 (PGS) (ES)

Hon. Peter G. Sheridan, U.S.D.J.
Hon. Esther Salas, U.S.M.J.

Filed Electronically

## [JOINT PROPOSED] FINAL PRETRIAL ORDER

This matter having come before the Court for a pretrial conference pursuant to Fed. R.

Civ. P. 16, Bartlit Beck Herman Palenchar & Scott, LLP; Fitzpatrick Cella Harper & Scinto; and

McCarter & English, LLP having appeared for Plaintiffs Bayer Schering Pharma AG and Bayer

HealthCare Pharmaceuticals Inc. (together, "Bayer Schering") and Winston & Strawn and

Greenbaum Rowe Smith & Davis LLP having appeared for Defendant Barr Laboratories, Inc.

("Barr"), the following Final Pretrial Order is hereby entered:

1.  **JURISDICTION:** (Set forth specifically.)

  This action arises under the patent laws of the United States of America. This Court has

jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331, 1338(a).

2.  **PENDING/CONTEMPLATED MOTIONS:** (Set forth all pending or contemplated
  motions, whether dispositive or addressed to discovery or the calendar. If the court
  indicated that it would rule on any matter at pretrial, summarize that matter and each
  party's position.)

A.     **Pending Motions**

　　　　1)     Bayer Schering's Motion *in Limine* to Exclude Certain Testimony of Barr's Expert, Dr. Walter Chambliss.

　　　　2)     Barr Laboratories, Inc.'s Motion *in Limine* to Exclude Any Internal Documents Relied Upon by Schering AG, et al. to Show Evidence of Non-Obviousness.

　　　　3)     Barr Laboratories, Inc.'s Motion *in Limine* to Exclude Any Documents Related to Barr's ANDA to Show Proof of Copying.

　　　　4)     Barr Laboratories, Inc.'s Motion *in Limine* to Exclude Use of FDA Guidelines as Proof of the PTO's Requirements for Patentability.

　　　　5)     Barr Laboratories, Inc.'s Motion *in Limine* to Exclude Any Schering AG, et al. Documents that Mischaracterize or Discuss the FDA's Opinion Regarding the Effectiveness of Drospirenone.

　　　　6)     Barr Laboratories, Inc.'s Motion *in Limine* to Exclude Evidence and Arguments Concerning European Patent Proceeding.

　　　　7)     Barr Laboratories, Inc.'s Motion *in Limine* to Exclude ¶¶ 67-68, 74-78, and 80-87 of the Expert Report of Thomas Foster and All Testimony Related Thereto.

　　　　8)     Barr Laboratories, Inc.'s Motion *in Limine* to Exclude the Expert Report and Testimony of Janet Arrowsmith Lowe, M.D.

　　　　9)     Barr Laboratories, Inc.'s Motion *in Limine* to Exclude Portions of the Expert Report of Larry S. Nixon and Testimony Related Thereto.

B.     **Bayer Schering's Contemplated Motions**

　　　　1)     Bayer Schering's Motion for Judgment on Partial Findings. *See* Fed. R. Civ. P. 52(c).

2)    Bayer Schering's Renewed Motion for Judgment on Partial Findings. *See*

Fed. R. Civ. P. 52(c).

### C.    Barr's Contemplated Motions

(none).

3.    **STIPULATION OF FACTS:** (Set forth in narrative form a comprehensive listing of all uncontested facts, including all answers to interrogatories and admissions, to which there is agreement among the parties.)

A.    Plaintiff Bayer Schering Pharma AG is a corporation organized and existing

under the laws of the Federal Republic of Germany, having a principal place of business at

Müllerstrasse 178, 13353 Berlin, Federal Republic of Germany.

B.    Plaintiff Bayer HealthCare Pharmaceuticals Inc. is a corporation organized and

existing under the laws of the State of Delaware, having a principal place of business at 340

Changebridge Road, Montville, New Jersey 07045-1000.

C.    Defendant Barr Laboratories, Inc. ("Barr") is a corporation organized and existing

under the laws of the State of Delaware, having a principal place of business at 400 Chestnut

Ridge Road, Woodcliff Lake, New Jersey 07677.

D.    U.S. Patent No. 6,787,531 ("the '531 patent"), entitled "Pharmaceutical

Composition for Use as a Contraceptive," issued on September 7, 2004.  Bayer Schering Pharma

AG owns the '531 patent.

E.    The application for the '531 patent was filed on August 31, 2000, which claims

priority from provisional application No. 60/240,953, filed on August 31, 1999.

F.    On March 18, 2005, Barr Laboratories, Inc. sent notice to the corporate

predecessors of Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc.,

(together, "Bayer Schering") that the Food and Drug Administration (FDA) received Barr's

Abbreviated New Drug Application (ANDA) containing bioavailability and/or bioequivalence

data from studies conducted by Barr on the 3.0 mg drospirenone and the 0.03 mg ethinyl estradiol tablets that are the subject of Plaintiff's New Drug Application (NDA) No. 21-098. Barr's ANDA was assigned No. 77-527 by the FDA.

      G.     Barr filed a certification under 21 U.S.C. § 355(j)(2)(A)(vii)(IV) ("Paragraph IV") asserting that the '531 patent was invalid and not infringed.

      H.     Barr stipulates that its ANDA product No. 77-527 (the "ANDA product") would infringe claims 1, 5, 8, 27, 28, 29, 30, 33, 36, 49 and 50 (the "asserted claims") of the '531 patent.

**4.**    **PLAINTIFFS' CONTESTED FACTS**: (Stated separately for each defendant. Proof shall be limited at trial to the matters set forth below. Failure to set forth any matter shall be deemed a waiver thereof.)

      A.     Plaintiffs intend to prove the following contested facts with regard to liability:

           1)     As the '531 patent is presumed valid, Bayer Schering has **no burden of proof** regarding Barr's allegation that the asserted claims of the '531 patent are invalid or unenforceable. Barr alone must prove its case by clear and convincing evidence. Without assuming any burden of proof, Bayer Schering expects Barr to contest the following facts at trial:

           2)     It would not have been obvious to a person of ordinary skill in the art at the time the invention was made to formulate an oral contraceptive with low dose, micronized drospirenone and expose it to the gastric environment (stomach acid) upon dissolution.

           3)     Bloating, a common side effect of oral contraceptive use, has a significant effect on proper usage and compliance with an oral contraceptive regimen.

           4)     A formulator of ordinary skill, when developing an oral contraceptive, would seek to preserve drospirenone's anti-bloating effect.

           5)     The prior art, alone or in combination, does not teach any one of the asserted claims of the '531 patent.

4

6)      The subject matter as a whole of each of the asserted claims of the '531 patent would not have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains.

7)      The prior art (including but not limited to Nickisch 1986) teaches away from the asserted claims of the '531 patent.

8)      There are objective indicia of the non-obviousness of the asserted claims, including but not limited to commercial success, copying of others, skepticism of experts, and unexpected results.

9)      The U.S. clinical trial of Yasmin® was not public.

10)     The U.S. clinical trial of Yasmin® was conducted for an experimental purpose.

11)     The invention described in the '531 patent was not reduced to practice until the completion of the U.S. clinical trial of Yasmin®.

12)     There were no material misstatements in the Declaration of Herman Ellman ("Ellman Declaration") submitted to the U.S. Patent & Trademark Office ("PTO") during prosecution of the '531 patent.

13)     Dr. Herman Ellman had no intent to deceive the PTO when he filed his declaration in support of the '531 patent application.

14)     There were no material misstatements in the Declaration of Ralph Lipp ("Lipp Declaration") submitted to the PTO during prosecution of the '531 patent.

15)     Dr. Ralph Lipp had no intent to deceive the PTO when he filed his declaration in support of the '531 patent application.

16)    Finally, Bayer Schering contests all factual statements contained in Barr's statement of contested facts, Section 5, *infra*. Bayer Schering further contests each of the legal conclusions that Barr mischaracterizes as contested "facts."

B.    Plaintiffs intend to prove the following contested facts with regard to damages: (This must include each item of damages, the amount of each item, the factual basis for each item and, if punitive damages are claimed, the facts upon which plaintiff will rely to establish punitive damages.)

1)    At present, Bayer Schering does not seek damages in this action and does not intend to prove any facts relating to damages.

2)    By virtue of Barr's stipulated infringement of the asserted claims of the '531 patent, Bayer Schering is entitled to a permanent injunction against Barr and its officers, agents, attorneys, and employees and those acting in privity or concert with it, enjoining them from engaging in the commercial manufacture, use, offer to sell, or sale within United States, or importation into the United States, of Barr's ANDA product described in its ANDA No. 77-527.

3)    By virtue of Barr's stipulated infringement of the asserted claims of the '531 patent, Bayer Schering is entitled to an order that the effective date of any approval of Barr's ANDA No. 77-527 be a date which is not earlier than the expiration date of the '531 patent or any later date of exclusivity to which Bayer Schering becomes entitled.

5.    **DEFENDANT'S CONTESTED FACTS:** (Stated separately for each plaintiff. See instructions above.)

A.    Defendant intends to prove the following contested facts with regard to liability:

1)    As part of its ANDA, Barr filed a Paragraph IV certification asserting that U.S. Patent No. 6,787,531 ("the '531 patent") was invalid, unenforceable or otherwise not infringed by Barr's proposed ANDA product..

6

2)      Barr is the first ANDA applicant to file a Paragraph IV certification to Plaintiffs' NDA 21-098, and thus is eligible for 180-days of marketing exclusivity if it prevails in the present cause of action.

3)      The '531 patent claims priority to provisional application No. 60/240,953 ("the '953 provisional application"), filed on August 31, 1999. The critical date for purposes of patentability under 35 U.S.C. § 102(b) is August 31, 1998.

4)      The '531 patent is invalid because it would have been obvious to one of ordinary skill in the art under 35 U.S.C. § 103.

5)      It would have been obvious to one of ordinary skill in the art at the time the '953 provisional application was filed to micronize 3.0 mg of drospirenone for use in an oral dosage form exposed to the gastric environment upon dissolution.

6)      The prior art as of August 31, 1999—including the 1986 Nickisch Reference—would not teach a person of ordinary skill in the art away from formulating an oral contraceptive dosage form that includes 3.0 mg of micronized drospirenone exposed to the gastric environment upon dissolution.

7)      The '531 patent is invalid under 35 U.S.C. 102(b) because the invention described in the asserted claims was publicly used in the U.S. prior to August 31, 1998.

8)      During the years 1990-1996, Plaintiffs conducted numerous Phase I, II and III clinical trials in Europe in which the invention described in the asserted claims of the '531 patent was administered to more than 2,000 human females.

9)      After the European Phase II clinical trials, Plaintiffs determined that the invention described in the asserted claims of the '531 patent was safe and effective for use in human females.

7

10)  Several times during the European Phase III clinical trial, and at the end of the trial, Plaintiffs acknowledged that the invention described in the asserted claims of the '531 patent was safe and effective for use as an oral contraceptive in human females.

11)  Before commencing the U.S. Phase III clinical trial in December 1996, the invention described in the asserted claims of the '531 patent had already been reduced to practice.

12)  The U.S. Phase III clinical trial was not experimental in nature.

13)  The human female patients involved in the U.S. Phase III clinical trial knew that they were receiving Yasmin®, which is the commercial embodiment of the invention described in the asserted claims of the '531 patent.

14)  The human females that participated in the U.S. Phase III clinical trial were provided several months worth of Yasmin® to take home and self-administer on a daily basis.

15)  The human females that participated in the U.S. clinical trial were under no confidentiality obligations.

16)  The human females that participated in the U.S. clinical trial were not under the control of the Plaintiffs or inventors of the '531 patent.

17)  The '531 patent is not enforceable due to inequitable conduct before the United States Patent and Trademark Office ("USPTO").

18)  During prosecution of the '531 patent, Plaintiffs submitted a declaration from Dr. Herman Ellman to the USPTO to overcome a patentability rejection.

19)  Dr. Herman Ellman, an employee of Plaintiffs during the 1990's, was aware that the safety and efficacy of the invention described in the asserted claims of the '531

8

patent had already been determined as a result of Plaintiffs' European Phase II and III clinical trials.

20) Notwithstanding, Dr. Ellman's declaration states that (1) the safety and efficacy of the claimed formulation had not yet been determined at the time of the U.S. clinical trials, and (2) the U.S. clinical trials were purely experimental.

21) Accordingly, Plaintiffs, Dr. Ellman and others substantively involved in the prosecution of the '531 patent submitted materially false information to the patent examiner with the intent to deceive him into believing that the claims of the '531 patent were patentable.

22) Dr. Ellman's declaration failed to disclose to the patent examiner the results of Plaintiffs' European Phase II and III clinical trials, which established safety and efficacy in human females.

23) Accordingly, Plaintiffs, Dr. Ellman and others substantively involved in the prosecution of the '531 patent, failed to disclose material information to the patent examiner with the intent to deceive him into believing that the claims of the '531 patent were patentable.

24) During prosecution of the '531 patent, Plaintiffs submitted a declaration from Dr. Ralph Lipp to overcome a patentability rejection.

25) Dr. Lipp's declaration references Appendix B, which is a summary prepared by him of various prior art references that he cites in support of his testimony that micronization does not always lead to an increase in bioavailability.

26) Appendix B of Dr. Lipp's declaration mischaracterizes and inaccurately states the source of his quotes.

27) Appendix B of Dr. Lipp's declaration provides quotes that do not appear in the cited references.

28) None of the articles that Dr. Lipp cites in his declaration support his

testimony that micronization of poorly water soluble drugs does not always lead to an increase in

bioavailability.

29) Accordingly, Plaintiffs, Dr. Lipp and others substantively involved in the

prosecution of the '531 patent, submitted materially false information to the patent examiner with

the intent to deceive him into believing that the claims of the '531 patent were patentable.

30) Finally, Barr contests all the factual statements contained in Plaintiffs'

statement of contested facts, Section 4, infra.  Barr further contests each of the legal conclusions

that Bayer Schering mischaracterizes as "facts."

 B. Defendant intends to prove the following contested facts with regard to damages:
(This statement must include the factual basis for each defense against the plaintiff's claims for
damages.)

 1) Plaintiffs are not seeking any damages in this action. Therefore, Barr has

no burden of proof at trial on the issue of damages for patent infringement.

 2) Plaintiffs are not entitled to a permanent injunction against Barr and its

officers, agents, attorneys, and employees and/or those acting in privity or concert with it,

enjoining them from engaging in the commercial manufacture, use, offer to sell, or sale within

the United States, or importation into the United States, of Barr's ANDA product that is

described in ANDA No. 77-527.

**6.** **PLAINTIFFS' WITNESSES:** (Aside from those called for impeachment purposes, only
the witnesses whose names and addresses are listed below will be permitted to testify at
trial.)

 A. On liability Plaintiffs intend to call the following witnesses who will testify in
accordance with the following summaries:

**Bayer Schering's Will Call List**

| Witness | Summary |
| --- | --- |
| McGinity, James<br>University of Texas<br>College of Pharmacy<br>University Station A1900<br>Austin, Texas 78712 | Formulation of drospirenone and related compounds; use of enteric coatings. |
| Shulman, Lee<br>250 E. Superior St., Rm. 05-2168<br>Department of Obstetrics and Gynecology<br>Feinberg School of Medicine<br>Northwestern University<br>Chicago, Illinois 60611 | Clinical use and testing of oral contraceptives; drospirenone and its effects; importance of drospirenone's anti-bloating effect; contraceptive effectiveness; interpretation of European clinical trials with regard to contraceptive effectiveness in the United States. |
| Tack, Johannes<br>Axxonis Pharma AG<br>Schoeneberger Strasse, No. 15<br>Berlin, Germany | Development and testing of the claimed invention. |

**Plaintiffs' May Call List**

| Witness | Summary |
| --- | --- |
| Arrowsmith-Lowe, Janet<br>Arrowsmith-Lowe Consulting, Inc.<br>185 Eagle Creek Canyon<br>Ruidoso, New Mexico 88345 | FDA regulatory requirements for pharmaceuticals. |
| Blode, Harmut<br>Bayer Schering Pharma AG<br>Müllerstraße 178<br>13342 Berlin, Germany | Pharmacokinetics of drospirenone and other compounds. |
| Ellman, Herman<br>Warner Chilcott<br>100 Enterprise Drive<br>Rockaway, New Jersey 07866 | U.S. clinical testing of the study drug that the FDA ultimately approved as Yasmin®. |
| Foster, Thomas<br>University of Kentucky<br>231F College of Pharmacy<br>725 Rose Street<br>Lexington, Kentucky 40536 | Pharmacokinetics of drospirenone and other compounds. |
| Frick, Jeffrey<br>Hill & Knowlton<br>909 Third Avenue<br>New York, New York 10022 | Commercial development and marketing of Yasmin®. |

| Witness | Summary |
|---------|---------|
| Funke, Adrian<br>Bayer Schering Pharma AG<br>Müllerstraβe 178<br>13442 Berlin, Germany | Development and testing of the claimed invention. |
| Heil, Wolfgang<br>Am Wasserturm 24<br>21435 Stelle, Germany | Development and testing of the claimed invention. |
| Heithecker, Renate<br>Bayer Schering Pharma AG<br>Müllerstraβe 178<br>13442 Berlin, Germany | Development and clinical testing of the claimed invention and of the formulation that the FDA ultimately approved as Yasmin®. |
| Hümpel, Michael<br>Singenor Weg 24<br>1463 Berlin, Germany | Development and testing of the claimed invention. |
| Lipp, Ralph<br>11780 Auburn Creek Crossing<br>Zionsville, Indiana 46077 | Development and testing of the claimed invention. |
| Nixon, Larry<br>Nixon & Vanderhye, PC<br>901 North Glebe Road<br>Arlington, Virginia 22203 | Barr's allegations of inequitable conduct. |
| Velez, Nancy<br>Bayer HealthCare Pharmaceuticals Inc.<br>340 Changebridge Road<br>Pine Brook, New Jersey 07045 | FDA regulatory approval of Yasmin®. |

   B.   On damages Plaintiffs intend to call the following witnesses who will testify in accordance with the following summaries:

   Bayer Schering does not intend to call any witnesses on the issue of damages.

   C.   Defendant objects to the following witnesses for the reasons stated:

| Witness | Summary |
|---------|---------|
| Nixon, Larry | Rule 702, 401, 402, 403 – Mr. Nixon's testimony is the subject of a Barr motion-in-limine. Barr alleges that Mr. Nixon attempts to give expert opinions outside the scope of his expertise. |
| Arrowsmith-Lowe, Janet | Rule 702, 401, 402, 403 – Ms. Arrowsmith-Lowe's testimony regarding FDA approval is irrelevant; Ms. Arrowsmith-Lowe's testimony is the subject of a Barr motion-in-limine. |
| Velez, Nancy | Rule 401, 402, 403 - The FDA regulatory approval is irrelevant to current proceedings; |

| Witness | Summary |
|---------|---------|
|  | Barr has filed a motion-in-limine seeking the preclusion of any testimony of FDA regulations |
| Foster, Thomas | Rule 702, 401, 402, 403 – Mr. Foster's testimony regarding HPLC detection limits irrelevant because it is based on unreliable science. Mr. Foster's testimony is the subject of a Barr motion in limine. |

**7.    DEFENDANT'S WITNESSES:** (See instructions above.)

A.    On liability Defendant intends to call the following witnesses who will testify in accordance with the following summaries:

Barr's Will Call List

| Witness | Summary |
|---------|---------|
| Bhavnani, Bhagu<br>St. Michael's Hospital<br>Department of Obstetrics and Gynecology<br>Room 7-074<br>Bond Wing<br>Toronto, Ontario M5B1W8 | Obviousness of the claimed invention; structural and chemical similarities between spirorenone and drospirenone; whether the 1986 Nickisch Reference teaches away from the claimed invention; progestational activity of drospirenone's isomer |
| Boghigian, Harry<br>7 Tudor Place<br>Randolph, NJ 07869 | Alleged commercial success of the claimed invention |
| Chambliss, Walter<br>The University of Mississippi<br>1006 Thad Cochran<br>P.O. Box. 1848<br>University, Mississippi 38677-1848 | Obviousness of claimed invention; public use of claimed invention prior to critical date; inequitable conduct during prosecution of the '531 patent |
| Mossinghoff, Gerry<br>1530 Key Boulevard<br>Penthouse 28<br>Arlington, VA 22209 | Prosecution history of the '531 patent; inequitable conduct during prosecution of the '531 patent, public use of the claimed invention prior to the critical date, and obviousness of the claimed invention |
| Nick Tantillo<br>Barr Laboratories, Inc<br>400 Chestnut Ridge Road<br>Woodcliff Lake, NJ 07677 | Barr's decision to file ANDA No. 77-527 |
| Pramar, Yashoda<br>209 Crystal Street<br>New Orleans, Louisiana | Obviousness of claimed invention |
| Winkel, Craig<br>2508 Whitings Neck Road<br>Martinsburg, WV 25401-0513 | Nexus between claimed invention and any alleged commercial success; effectiveness of claimed invention as an oral contraceptive |

Barr's May Call List

| Witness | Summary |
|---|---|
| Blode, Harmut<br>Bayer Schering Pharma AG<br>Müllerstraße 178<br>13342 Berlin, Germany | Pharmacokinetics of drospirenone and other compounds. |
| Duesterberg, Bernd<br>Zudeneichen 18<br>06604 Oberkraemer<br>Germany | Studies regarding the dosage of drospirenone, declaration submitted to USPTO |
| Elliesen, Jorg<br>Veltheimstrasse 119<br>13467 Berlin<br>Germany | Declaration filed with the USPTO to overcome patentability rejection. |
| Ellman, Herman<br>Warner Chilcott<br>100 Enterprise Drive<br>Rockaway, New Jersey 07866 | Clinical trials of the claimed invention; declaration filed with the USPTO to overcome patentability rejection. |
| Frick, Jeffrey<br>Hill & Knowlton<br>909 Third Avenue<br>New York, New York 10022 | Alleged commercial success of claimed invenmtion. |
| Funke, Adrian<br>Bayer Schering Pharma AG<br>Müllerstraße 178<br>13442 Berlin, Germany | Development and testing of the claimed Invention; declaration filed with the USPTO to overcome patentability rejection. |
| Heil, Wolfgang<br>Am Wasserturm 24<br>21435 Stefle, Germany | Development and testing of the claimed invention. |
| Heithecker, Renate<br>Bayer Schering Pharma AG<br>Müllerstraße 178<br>13442 Berlin, Germany | Conception and reduction to practice of claimed invention; European Phase I, II, and III clinical trials related to claimed invention. |
| Hümpel, Michael<br>Singenor Weg 24<br>1463 Berlin, Germany | Conception and reduction to practice of claimed invention.. |
| Lipp, Ralph<br>11780 Auburn Creek Crossing<br>Zionsville, Indiana 46077 | Conception and reduction to practice of claimed invention. |
| Pospisil, Jutta<br>Medical Safety Surveillance<br>Muellerstrasse 178<br>13342 Berlin<br>Germany | Side effects associated with the claimed invention; motivation to develop a low dose oral dose form containing drospirenone |

10

| Witness | Summary |
|---|---|
| Schellschmidt, Ilka<br>Strategic Business Unit<br>Gynecology & Andrology<br>Corp Clin. Cev. G&A FC/HT<br>Sellerstrasse 31<br>13342 Berlin<br>Germany | Clinical trials of the claimed invention |
| Velez, Nancy<br>Bayer HealthCare Pharmaceuticals Inc.<br>340 Changebridge Road<br>Pine Brook, New Jersey 07045 | FDA communications regarding NDA No. 21-098. |
| Woyke, Christian<br>Global regulatory Affairs<br>Female Contraception and Hormone Therapy<br>Muellerstrasse 178<br>13342 Berlin<br>Germany | The preparation and filing of NDA No. 21-098. |

Barr reserves the right to call witnesses designated or offered by Plaintiffs, and also reserves the right to call witnesses not named to rebut evidence offered by Plaintiffs.

Barr Objects to the following witnesses for the reasons stated:

| Witness | Summary |
|---|---|
| Nixon, Larry | Rule 702, 401, 402, 403 – Mr. Nixon's testimony is the subject of a Barr motion-in-limine. Barr alleges that Mr. Nixon attempts to give expert opinions outside the scope of his expertise. Any objections set forth in Barr's objections to Plaintiffs' deposition designations, to the extent applicable. |
| Arrowsmith-Lowe, Janet | Rule 702, 401, 402, 403 – Ms. Arrowsmith-Lowe's testimony regarding FDA approval is irrelevant; Ms. Arrowsmith-Lowe's testimony is the subject of a Barr motion-in-limine. Any objections set forth in Barr's objections to Plaintiffs' deposition designations, to the extent applicable. |
| Velez, Nancy | Rule 401, 402, 403 - The FDA regulatory approval is irrelevant to current proceedings; Barr has filed a motion-in-limine seeking the preclusion of any testimony of FDA regulations   Any objections set forth in Barr's objections to Plaintiffs' deposition designations, to the extent applicable. |
| Foster, Thomas | Rule 702, 401, 402, 403 – Mr. Foster's testimony regarding HPLC detection limits |

| Witness | Summary |
|---|---|
| | irrelevant because it is based on unreliable science. Mr. Foster's testimony is the subject of a Barr motion in limine. Any objections set forth in Barr's objections to Plaintiffs' deposition designations, to the extent applicable. |
| Schulman, Lee | Rule 702, 401, 402, 403 - relevance and subject of motion in limine regarding FDA guidelines |

B.    On damages, Defendant intends to call the following witnesses who will testify in accordance with the following summaries:

(none).

C.    Plaintiffs object to the following witnesses for the reasons stated:

| Barr Witness | Objection |
|---|---|
| Walter Chambliss | Rule 702 -- Bayer Schering objects to the state of mind testimony Dr. Chambliss is expected to offer, based on his expert report. *See* Bayer Schering's Motion *in Limine*. |
| Nick Tantillo | Rule 401, 402, 403 -- Bayer Schering objects to the relevance of Mr. Tantillo's testimony. Mr. Tantillo is a fact witness who works in Barr's regulatory department. Because Barr has stipulated to infringement, Mr. Tantillo's testimony about Barr's "decision to file ANDA No. 77-527" has no relevance. |

## 8.    EXHIBIT LISTS

A.    Joint exhibit list: See attached Tab 1.

B.    Plaintiffs' exhibit list with Defendant's objections: See attached Tab 2.

Bayer Schering objects to the addition of previously undisclosed documents to

Barr's exhibit list after the Court-ordered deadline of October 25, 2007 (*See* Section 8.C.,

*infra*.) Barr first notified Bayer Schering of its desire to rely upon these documents on

November 8, 2007 (the morning this Order was due and one week before the start of

trial).  The late disclosure of new prior art violates the disclosure requirements of the

Federal Rules of Civil Procedure and 35 U.S.C. § 282(4).

C.      Defendant's exhibit list with Plaintiffs' objections: See attached Tab 3.

Defendants also intend to introduce the following exhibits at trial which were

inadvertently omitted from Defendants' proposed exhibit list exchanged with Plaintiff on

October 25, 2007:

| 1. DX-457 | U.S. Patent No. 5,756,490 |
|-----------|---------------------------|
| 2. DX-458 | Encyclopedia of Pharmaceutical Technology, "Enteric Coatings" (1992) |
| 3. DX-459 | Physicians Desk Reference for Digoxin Tablets |
| 4. DX-460 | Physicians Desk Reference for Erythromycin Tablets |
| 5. DX-462 | H. Takahashi et al., *Variability in Absorption Lag Time of Pyridoxal Phosphate Under Fasting and Pre- and Post-Meal Conditions,* Biopharmaceutics & Drug Disposition Volume 15, No. 6 (August 1994) |

Barr reserves the right to offer in evidence the exhibits listed in Plaintiffs' Trial Exhibit

List, or offered or marked by Plaintiffs.  Barr also reserves the right to offer in evidence

documents not listed above that are used for cross-examination or impeachment purposes, or on

rebuttal.

William O'Shaughnessy
Andrew T. Berry
Jonathan M.H. Short
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Phone: (973) 622-0444
Facsimile: (973) 624-7070

Of Counsel:

Peter B. Bensinger, Jr.
Michael J. Valaik
Adam K. Mortara
Sundeep K. Addy
**BARTLIT BECK HERMAN
    PALENCHAR & SCOTT, LLP**
Courthouse Place
54 W. Hubbard Street
Chicago, Illinois 60610
Phone: (312) 494-4400
Facsimile: (312) 494-4440

Nicholas N. Kallas
Filko Prugo
**FITZPATRICK, CELLA,
    HARPER & SCINTO**
30 Rockefeller Plaza
New York, New York 10112
Phone (212) 219-2100
Facsimile: (212) 218-2220

Attorneys for Plaintiffs Bayer Schering Pharma
AG and Bayer HealthCare Pharmaceuticals Inc.

Robert M. Goodman
C. Brian Kornbreck
**GREENBAUM ROWE SMITH &
    DAVIS LLP**
75 Livingston Ave.
Roseland, New Jersey 07068
Phone: (963) 535-1600
Facsimile: (963) 535-1698

Of Counsel:

George C. Lombardi
Bradley C. Graveline
Michael Nutter
James P. Richter
Eric L. Broxterman
**WINSTON & STRAWN, LLP**
35 West Wacker Drive
Chicago, IL 60601
Phone: (312) 558-5600
Facsimile: (312) 558-5700

Attorneys for Barr Labortories, Inc.

**IT IS SO ORDERED**, this ⌐day of November, 2007.

**Hon. Peter J. Sheridan, U.S.D.J.**

# Joint Trial Exhibits

| JTX | Date | Bates Range | Author | Description |
|---|---|---|---|---|
| JX0001 | 09/07/2004 | - | Hillman, J<br>Lipp, R<br>Hethecker, R<br>Tack, J<br>Huempel, M<br>Heil, W | United States Patent No. 6,787,531 : Pharmaceutical Composition for Use as a Contraceptive |
| JX0002 | 08/31/2000 | SBPL03500000 - SBPL03501840 | | Certified File History for United States Patent No. 6,787,531; Application No. 09/654,227 |
| JX0003 | 00/00/1986 | SBPL03500637 - SBPL03500647 | Nicksisch, K<br>Bitter, D<br>Laurent, H<br>Wiechert, R | Article: Acid-Catalyzed Rearrangements of 15B, 16B-Methylene-17a-Pregnene-21, 17-Carbolactone Derivatives |
| JX0004 | 00/00/1982 | SBPL03501290 - SBPL03501298 | Krause, W<br>Jakobs, U | Article: Determination of Plasma Levels of Spirorenone, A New Aldosterone Antagonist, and one of its Metabolites by High-Performance Liquid Chromatography, Journal of Chromatography, 1982 |
| JX0005 | 00/00/1983 | - | Krause, W<br>Sack, Ch<br>Seifert, W | Article: Pharmacokinetics of the New Aldosterone Antagonist, Spirorenone, in Healthy Volunteers after Single and Repeated Daily Doses |
| JX0006 | 07/00/1982 | SBPL03501283 - SBPL03501288 | Krause, W<br>Kühne, G | Article: Isolation and Identification of Spirorenone Metabolites from the Monkey (MACACA Fascicularis) |
| JX0007 | 02/27/1990 | - | Schulze, P<br>Nicksisch, K<br>Laurent, H<br>Pollow, K | United States Patent 4,904,462: Multiply-Tritiated Steroidal-20, 17-Spirolactones and their use as Tracer Compounds |

Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. v Barr Laboratories, Inc.
Civil Action No. 06cv2308 (PGS)(ES)
Judge Peter G. Sheridan
Magistrate Judge Esther Salas

Page 1 of 5

# Joint Trial Exhibits

Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. v Barr Laboratories, Inc.
Civil Action No. 05cv2308 (PGS)(ES)
Judge Peter G. Sheridan
Magistrate Judge Esther Salas

| JTX | Date | Bates Range | | Author | Description |
|---|---|---|---|---|---|
| JX0008 | 00/00/1995 | SBPL03500600 | - SBPL03500605 | Oelkers, W<br>Foidart, J<br>Dombrovicz, N<br>Welter, A<br>Heithecker, R | Article: Effects of a new Oral Contraceptive Containing an Antimineralocorticoid Progestogen, Drospirenone, on the Renin-Aldosterone System, Body Weight, Blood Pressure, Glucose Tolerance, and Lipid Metabolism |
| JX0009 | 00/00/1991 | SBPL00074890 | - SBPL00074895 | Oelkers, W<br>Berger, V<br>Bolik, A<br>Bähr, V<br>Hazard, B<br>Beier, S<br>Elger, W<br>Heithecker, R | Article: Dihydrospironerone, a New Progestogen with Antimineralocorticoid Activity: Effects on Ovulation, Electrolyte Excretion, and the renin-Aldosterone System in Normal Women |
| JX0010 | 11/28/2003 | SBPL03500740 | - SBPL03500982 | Ellman, H | Declaration of Herman Ellman, M.D. with Exhibits A-M |
| JX0011 | 03/07/2003 | SBPL03500618 | - SBPL03500680 | Lipp, R | Declaration of Ralph Lipp |
| JX0012 | 03/00/1999 | SBPL00407483 | - SBPL00407506 | | Trial Master File - 92052 - DE60470 - Drospirenone Oral Contraception - Section 17.1 - Final Research Report |
| JX0013 | 00/00/1990 | - | | Duclos, R<br>Clabaut, M<br>Daoust, M<br>Orecchioni, A | Article: Plasma Imidazol Levels in Healthy Volunteers Following Oral Administration of the Salicylic Prodrug in Two Pharmaceutical Formulations |
| JX0014 | 00/00/1993 | - | | Carlson, R<br>Isley, W<br>Ogrinc, F<br>Klobucar, T | Article: Efficacy and Safety of Reformulated, Micronized Glyburide Tablets in Patients with Non-Insulin-Dependent Diabetes Mellitus: A Multicenter, Double-blind, Randomized Trial. |

# Joint Trial Exhibits

| JTX | Date | Bates Range | Author | Description |
|-----|------|-------------|--------|-------------|
| JX0015 | 00/00/1978 | - | Fell, J<br>Calvert, R<br>Riley-Bentham, P | Article: Bioavailability of griseofulvin from a novel capsule formulation |
| JX0016 | 07/00/1986 | - | Fromming, K<br>Grote, U | Article: Lyophilized preparations of griseofulvin 2nd communication: in vivo release. |
| JX0017 | 00/00/1995 | - | Muhn, P<br>Fuhrmann, U<br>Fritzmeier, K<br>Krattenmacher, R<br>Schillinger, E | Article: Drospirenone: a Novel Progestogen with Antimineralocorticoid and Antiandrogenic Activity |
| JX0018 | 00/00/1996 | - | Arias, M<br>Gines, J<br>Moyano, J<br>Rabasco, A | Article: Dissolution properties and in vivo behavior of triamterene in solid dispersions with polyethylene glycols. |
| JX0019 | 00/00/1982 | - | McInnes, G<br>Asbury, M<br>Ramsay, L<br>Shelton, J | Article: Effect of Micronization on the Bioavailability and Pharmacologic Activity of Spironolactone |
| JX0020 | 00/00/1996 | - | Fotherby, K | Article: Bioavailability of Orally Administered Sex Steroids Used in Oral Contraception and Hormone Replacement Therapy |
| JX0021 | 00/00/0000 | SBPI.00204587 - SBPI.00204587 | | Personal Data for Renate Heitfecker. |
| JX0022 | 00/00/1993 | - | Hartmann, D<br>Guzelhan, C<br>Crijns, H<br>Peeters, P<br>Persson, P<br>Jonkman, H | Article: Comparison of Galenic Formulations of Orlistat (Tetrahydrolipstatin): A Pharmacological Approach. |

Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. v Barr Laboratories, Inc.<br>Civil Action No. 05cv2308 (PGS)(ES)<br>Judge Peter G. Sheridan<br>Magistrate Judge Esther Salas

Page 3 of 5

# Joint Trial Exhibits

| JTX | Date | Bates Range | Author | Description |
|---|---|---|---|---|
| JTX0023 | 00/00/1989 | M-P00000983 - M-P00000987 | Shah, J<br>Chen, J<br>Chow, D | Article: Preformation Study of Etoposide. Identification of Physicochemical Characteristics Responsible for the Low and Erratic Oral Bioavailability of Etoposide. |
| JTX0024 | 12/19/2003 | SBPL02680812 - SBPL02680865 | Castaneda, S | Protocol for Phase I clinical study - Final version 1.0 No. 308064 - Open-label, non-randomized study to determine the multiple dose pharmacokinetics of Yasmin (3 mg drospirenone + 30 ug ethyl estradiol) after oral administration in a 21-day regimen in healthy young Chinese women. |
| JTX0025 | 08/29/1996 | SBPL02444729 - SBPL02444732 | Eder, W | Minutes of the DRSP-OC Meeting August 28, 1996 at Berlex, Wayne |
| JTX0026 | 01/00/2002 | - | Berlin, J<br>Tutsch, K<br>Arzoomanian, R<br>Alberti, D<br>Binger, K<br>Feierabend, C<br>Dresen, A<br>Marnocha, R<br>Pluda, J<br>Wilding, G | Article: Phase I and Pharmacokinetic Study of a Micronized Formulation of Carboxyamidotriazole, a Calcium Signal Transduction Inhibitor: Toxicity, Bioavailability and the effect of Food. |
| JTX0027 | 03/23/1995 | SBPL02310986 - SBPL02311025 | | 6th Project Team Meeting, February 23, 1995 |
| JTX0028 | 00/00/1972 | SBPL03501144 - SBPL03501145 | Kind, F<br>Ciaccio, L<br>Benagiano, G | Article: Short Communication. Increasing Oral Bioavailability of Progesterone by Foundation |
| JTX0029 | 05/29/1997 | SBPL02453554 - SBPL02453558 | Nashed, N<br>Doring, E | OC with Drospirenone (Yasmin®) 14th Project Team Meeting DE-00470, May 29, 1997. |

Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. v Barr Laboratories, Inc.
Civil Action No. 06cv2308 (PGS)(ES)
Judge Peter G. Sheridan
Magistrate Judge Esther Salas

Page 4 of 5

# Joint Trial Exhibits

| JTX | Date | Bates Range | Author | Description |
|---|---|---|---|---|
| JX0030 | 00/00/1977 | - | Kohno, K<br>Takeuchi, Y<br>Eioh, A<br>Noda, K | Article, Pharmacokinetics and Bioavailability of Diltiazem (CRD-401) in Dog |
| JX0031 | 00/00/1983 | M-P00000968 - M-P00000979 | Montel, J<br>Mulak, G<br>Cony, J<br>Chanone, F<br>Rovei, V | Article: Development of a New Tablet Formulation of Theophylline: in Vitro and in Vivo Studies |
| JX0032 | 00/00/2002 | SBPL02588858 - SBPL02588858 | | Yasmin Marketing Strategies 2002 |
| JX0033 | 00/00/0000 | SBPL00000541 - SBPL00000569 | | NDA Drospirenone 3 mg and Ethinyl Estradiol 0.030 mg Tablets |
| JX0034 | 05/14/1999 | SBPL00263112 - SBPL00263114 | Velez, N | NDA 21-098 - Yasmin 21/28 Tablets (Drospirenone 3 mg and Ethinyl Estradiol 0.030 Tablets) Original New Drug Application. |

Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. v Barr Laboratories, Inc.
Civil Action No. 05cv2308 (PGS)(ES)
Judge Peter G. Sheridan
Magistrate Judge Esther Salas

Page 5 of 5

## Plaintiff's Trial Exhibits with Defendant's Objections

| PTX | Date | Bates Range | Author | Description | Def Objections |
|---|---|---|---|---|---|
| PTX0007 | 09/14/1983 | SBPL02452131 ~SBPL02452132 | Tack, J | Memo re: Instability of ZK 30595 in Hydrochloric Acid Medium | Subject to motion in limine re: internal documents as evidence of non-obviousness; hearsay (Rule 802); relevance (Rule 402, 403); authentication (Rule 901) |
| PTX0008 | 03/11/1981 | SBPL00002490 ~SBPL00002496 | Krause, W | Report No. 4627: Acid-catalyzed rearrangement of ZK 30 595 and ZK 35 973 | Subject to motion in limine re: internal documents as evidence of non-obviousness; hearsay (Rule 802); relevance (Rule 402, 403) |
| PTX0009 | 00/00/1996 | SBPL00074836 ~SBPL00074844 | Fuhrmann, U Krattenmacher, R Fritzmeier, K Slater, E | Article: The Novel Progestin Drospirenone and its Natural Counterpart Progesterone: Biochemical Profile and Antiandrogenic Potential | Hearsay (Rule 802) |
| PTX0010 | 02/05/1988 | SBPL03501537 ~SBPL03501579 | Tack, J | Tack Invitation to the Doctoral Candidates' Colloquium on 2/17/88 re "Studies on pH-Dependent Isomerization of Prednene-17,21-Carbolactones-Are Gastric-Juice-Resistant Dosage Forms Necessary?" and slide presentation thereon. | Hearsay (Rule 802); best evidence (Rule 901) |
| PTX0011 | 00/00/1998 | · | Aulton, M York, P | Chapter 1: The Design of Dosage Forms, Pharmaceutics: The Science of Dosage Form Design | Hearsay (Rule 802) |
| PTX0012 | 07/13/1988 | SBPL00011265 ~SBPL00011297 | Huempel, M | Report No. 8235: Absolute and relative bioavailability of ZK 30 595 after oral administration of SH T 470 C and SH T 470 D, respectively to 8 young women | Subject to motion in limine re: internal documents as evidence of non-obviousness; hearsay (Rule 802); relevance (Rule 402, 403); authentication (Rule 901) |

Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. v Barr Laboratories, Inc.
Civil Action No. 05cv2308 (PGS)(ES)
Judge Peter G. Sheridan
Magistrate Judge Esther Salas

Page 1 of 27

## Plaintiff's Trial Exhibits with Defendant's Objections

| PTX | Date | Bates Range | | Author | Description | Def Objections |
|---|---|---|---|---|---|---|
| PTX0014 | 00/00/1984 | - | | Casals-Stenzel, J; Buse, M; Wambach, G; Losert, W | Article: The Renal Action of Spironenone and other 6B, 7B, 15B, 16B-Dimethlene-17-Spirolactones, a new type of Steroidal Aldosterone Antagonists | Hearsay (Rule 802); relevance (Rule 402, 403) |
| PTX0017 | 07/17/1985 | SBPL02287828 | *SBPL02287859 | Kuhnz, W | Report No. 6737 Pharmacokinetics of ZK 30 595 following a single oral dose of 1 mg, 5 mg and 10 mg as a tablet resistant to gastric fluid (SH T 470 B) to 5 young women | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0018 | 05/19/2004 | SBPL03501702 | *SBPL03501716 | Funke, A | Declaration of Adrian Funke | Hearsay (Rule 802) |
| PTX0019 | 00/00/1988 | - | | Aulton, M; Proudfoot, S | Chapter 9: Factors influencing bioavailability factors influencing drug absorption from the gastrointestinal tract, Pharmaceutics: The Science of Dosage Form Design | Hearsay (Rule 802) |
| PTX0022 | 04/03/1997 | SBPL03500481 | *SBPL03500529 | Elliesen, J | WO97/11680: Hormone Replacement Therapy Method and Hormone Dispenser. | Hearsay (Rule 802) |
| PTX0023 | 07/17/1985 | SBPL00087861 | *SBPL00087871 | Kuhnz, W | Report No. 6632: Radioimmunological determination of ZK 30 595 in specimens of human plasma. | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0024 | 10/00/1998 | SBPL02663164 | *SBPL02663182 | Blode, H; Kuhnz | Pharmacokinetics of Drospirenone (ZK 30595) in humans | Hearsay (Rule 802); best evidence (Rule 1002); |
| PTX0025 | 04/20/1998 | SBPL00031511 | *SBPL00031922 | Heitbecker, R | Report No. A151: A multicenter, open-labeled, randomized study on cycle control and tolerance of SH T 470 FA in comparison with Marvelon in up to 26 cycles under long-term contraceptive use. | Hearsay (Rule 802); authentication (Rule 901) |

Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. v Barr Laboratories, Inc.
Civil Action No. 05cv2308 (PGS)(ES)
Judge Peter G. Sheridan
Magistrate Judge Esther Salas

# Plaintiff's Trial Exhibits with Defendant's Objections

| PTX | Date | Bates Range | Author | Description | Def Objections |
|---|---|---|---|---|---|
| PTX0026 | 01/10/1995 | SBPL02086580 | Sander | Working Report No. KO91E020: Studies on the Isomerization of drospirenone (ZK 30595) into ZK 35096 during dissolution of SH T 470 FA film-coated tablets | Subject to motion in limine re: internal documents as evidence of non-obviousness; hearsay (Rule 802); relevance (Rule 402, 403); authentication (Rule 901) |
| PTX0027, PTX0179 | 10/07/1996 | *SBPL00077355 SBPL00077353 | Brown, S | IND cover letter, Drospirenone and Ethinyl Estradiol Tablets | Hearsay (Rule 802); best evidence (Rule 1002); authentication (Rule 901) |
| PTX0028 | 10/11/1989 | SBPL00091298 | | Report No. 8644: The influence of ZK 30 595 on the renin-angiotensin-aldosterone system (supplement to study 87 004). | Hearsay (Rule 802); relevance (Rule 402, 403); authentication (Rule 901) |
| PTX0029 | 09/21/2007 | - | Nixon, L | Larry Nixon Curriculum Vitae | Hearsay (Rule 802) |
| PTX0030 | 05/00/2005 | - | Grimes, D Schulz, K | Article: Surrogate End Points in Clinical Research: Hazardous to Your Health | Hearsay (Rule 802) |
| PTX0031 | 00/00/1996 | *SBPL00010569 SBPL00010567 | Krattenmacher, R Debrindt, C Hegele-Hartung, C | Article: Effects of drospirenone on blood pressure and heart rate in rats measured by highly sensitive radiotelemetry | Hearsay (Rule 802); relevance (Rule 402, 403) |
| PTX0032 | 00/00/1995 | - | Rosenberg, M Waugh, M Meehan, T | Article: Use and Misuse of Oral Contraceptives: Risk Indicators for Poor Pill Taking and Discontinuation | Hearsay (Rule 802) |
| PTX0033 | 00/00/1998 | - | Rosenberg, M Waugh, M | Article: Oral contraceptive discontinuation: A prospective evaluation of frequency and reasons | Hearsay (Rule 802) |
| PTX0034 | 04/00/1998 | - | Rosenberg, M Waugh, M Burnhill, M | Article: Compliance, Counseling and Satisfaction with Oral Contraceptives: A Prospective Evaluation | Hearsay (Rule 802) |

Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. v Barr Laboratories, Inc.
Civil Action No. 05cv2308 (PGS)(ES)
Judge Peter G. Sheridan
Magistrate Judge Esther Salas

Page 3 of 27

# Plaintiff's Trial Exhibits with Defendant's Objections

| PTX | Date | Bates Range | Author | Description | Def Objections |
|---|---|---|---|---|---|
| PTX0035 | 00/00/1995 | - | Rosenberg, M | Article: Unintended pregnancies and use, misuse and discontinuation of oral contraceptives | Hearsay (Rule 802) |
| PTX0036 | 03/26/1997 | SBPL00710845 -SBPL00710854 | Brown, S | Letter re: IND 51,693 - Serial No. 008 Drospirenone / Ethinyl Estradiol (DRSP/ EE) Tablets Other: Letter of Understanding. | Subject to motion in limine re: internal documents as evidence of non-obviousness, hearsay (Rule 802); authentication (Rule 901); best evidence (Rule 1002) |
| PTX0037 | 00/00/2002 | SBPL02598167 -SBPL02598171 | Blode, H | Article re: Pharmacokinetics of drospirenone | Hearsay (Rule 802) |
| PTX0040 | 00/00/0000 | - | Shulman, L | Lee Shulman Curriculum Vitae | Hearsay (Rule 802) |
| PTX0041 | 02/05/1998 | - | Gast, M | WO 98/04269 ('the '269 PCT publication), Monophasic Contraceptive Method and Kit Comprising a Combination of a Progestin and Estrogen. | Hearsay (Rule 802) |
| PTX0042 | 04/03/1997 | - | Ellitsen, J Riedl, J | WO 97/11680 re: Hormone Replacement Therapy Method and Hormone Dispenser. | Hearsay (Rule 802) |
| PTX0043 | 11/15/1996 | SBPL00549349 -SBPL00549352 | | Data correction sheet for subject 786 | Incomplete (Rule 106), hearsay (Rule 802); foundation; authentication (Rule 901); relevance (Rule 402, 403) |
| PTX0044 | 05/10/1994 | SBPL0496435 -SBPL00496435 | Loock, W | Report A051: Documentation of pregnancy -- Subject 755 | Incomplete (Rule 106), hearsay (Rule 802); foundation; authentication (Rule 901); relevance (Rule 402, 403) |

Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. v Barr Laboratories, Inc.
Civil Action No. 05cv2308 (PGS)(ES)
Judge Peter G. Sheridan
Magistrate Judge Esther Salas

Page 4 of 27

# Plaintiff's Trial Exhibits with Defendant's Objections

| PTX | Date | Bates Range | | Author | Description | Def Objections |
|---|---|---|---|---|---|---|
| PTX0045 | 01/06/1995 | SBPL00496462 | ~SBPL00496462 | | Report AI51: Documentation of pregnancy -- Subject 786 | Incomplete (Rule 106), hearsay (Rule 802), foundation, authentication (Rule 901); relevance (Rule 402, 403) |
| PTX0046 | 03/01/1995 | SBPL00451544 | ~SBPL00451544 | | Report AI51: Documentation of pregnancy -- Subject 398 | Incomplete (Rule 106), hearsay (Rule 802), foundation, authentication (Rule 901); relevance (Rule 402, 403) |
| PTX0047 | 08/14/1995 | SBPL00496178 | ~SBPL00496178 | | Report AI51: Documentation of pregnancy -- Subject 289 | Incomplete (Rule 106), hearsay (Rule 802), foundation, authentication (Rule 901); relevance (Rule 402, 403) |
| PTX0048 | 11/25/1993 | SBPL00496481 | ~SBPL00496482 | | Report AI51: Documentation of pregnancy -- Subject 836 | Incomplete (Rule 106), hearsay (Rule 802), foundation, authentication (Rule 901); relevance (Rule 402, 403) |
| PTX0049 | 06/00/2005 | | - | Glaxo | Lanoxicaps (digoxin solution in capsules) Prescribing Information | Relevance (Rule 402, 403) |
| PTX0050 | 01/16/1997 | SBPL02713487 | ~SBPL02713488 | | Data correction sheet for subject 836 | Incomplete (Rule 106), hearsay (Rule 802), foundation, authentication (Rule 901); relevance (Rule 402, 403) |
| PTX0051 | 03/24/1997 | SBPL00549354 | ~SBPL00549354 | | Data correction sheet for subject 289 | Incomplete (Rule 106), hearsay (Rule 802), foundation, authentication (Rule 901); relevance (Rule 402, 403) |

Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. v Barr Laboratories, Inc.
Civil Action No. 05cv2308 (PGS)(ES)
Judge Peter G. Sheridan
Magistrate Judge Esther Salas

Page 5 of 27

# Plaintiff's Trial Exhibits with Defendant's Objections

| PTX | Date | Bates Range | Author | Description | Def Objections |
|---|---|---|---|---|---|
| PTX0052 | 06/16/1997 | SBPL00549355<br>^SBPL00549355 | | Data correction sheet for subject 295 | Incomplete (Rule 106), hearsay (Rule 802), foundation, authentication (Rule 901); relevance (Rule 402, 403) |
| PTX0053 | 09/17/1997 | SBPL00406573<br>^SBPL00406574 | Kuhner, A | Authorization for AI51 data release | Relevance (Rule 402, 403); hearsay (Rule 802) |
| PTX0054 | 10/17/1997 | SBPL00032594<br>^SBPL00032601 | Gerlinger, C | Biometric evaluation of AI51 | Relevance (Rule 402, 403); hearsay (Rule 802) |
| PTX0055 | 01/16/1998 | SBPL00032602<br>^SBPL00032604 | Gerlinger, C | Addendum 1 to biometric evaluation of AI51 | Relevance (Rule 402, 403); hearsay (Rule 802) |
| PTX0056 | 03/25/1998 | SBPL00032605<br>^SBPL00032609 | Gerlinger, C | Addendum 3 to biometric evaluation of AI51 | Relevance (Rule 402, 403); hearsay (Rule 802) |
| PTX0057 | 08/14/1995 | SBPL00496330<br>^SBPL00496330 | | Report AI51: Documentation of pregnancy -- Subject 295 | Incomplete (Rule 106), hearsay (Rule 802), foundation, authentication (Rule 901); relevance (Rule 402, 403) |
| PTX0058 | 04/06/1992 | SBPL00091383<br>^SBPL00091478 | | Report No. 9692: Clinical data parameters of the Renin-Angiotensin-Aldosterone-System (RAAS) and electrolytes following oral administration of ZK 30.595 in combination with ethinylestradiol (EE). | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0059 | 05/15/1992 | SBPL00090217<br>^SBPL00090499 | Heithecker, R | Report No. 9693: Investigation of hormonal and metabolic parameters following oral administration of ZK 30.595 in combination with ethinylestradiol (EE) | Hearsay (Rule 802); authentication (Rule 901) |

Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. v Barr Laboratories, Inc.
Civil Action No. 05-cv2308 (PGS)(ES)
Judge Peter G. Sheridan
Magistrate Judge Esther Salas

Page 6 of 27

# Plaintiff's Trial Exhibits with Defendant's Objections

| PTX | Date | Bates Range | Author | Description | Def Objections |
|---|---|---|---|---|---|
| PTX0060 | 09/02/1992 | SBPL00041369 | *SBPL00041643 | Heithecker, R | Report No. 9970: Study of the influence of SH T 470 F SH T 470 I and SH T 470 K on parameters of the renin-angiotensin-aldosterone system (RAAS), electrolyte metabolism and lipid and carbohydrate metabolism. | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0061 | 02/25/1993 | SBPL00012889 | *SBPL00013027 | | Report No. 9776: Investigation on the pharmacokinetic interaction of ZK 30 595 and ethinylestradiol following a single oral dose of 3 mg ZK 30 595 as well as the combination 3 mg ZK 30 595+30 ug ethinylestradiol. | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0062 | 05/28/1993 | SBPL00089793 | *SBPL00090215 | | Report No. A470: Pharmacokinetics of drospirenone and ethinylestradiol following oral administration of SH T 470 E and SH T 470 F to female volunteers. | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0063 | 07/01/1993 | SBPL00088054 | *SBPL00088488 | | Report No. 9274: Controlled study on pharmacodynamics and pharmacokinetics of the combination drospirenone / ethinylestradiol over 3 months with Microgynon as a reference. | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0064 | 03/08/1994 | SBPL00104049 | *SBPL00104445 | Heithecker, R Blode, H | Report No. A187: Study of the Cycle Control, Contraceptive Reliability and Tolerance of SH T 470 F, SH T 470 I and SH T 470 K in Comparison to Microgynon®. | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0065 | 05/19/1995 | SBPL00092791 | *SBPL00092858 | Blode, H | Report No. A733: Influence of food intake on the resorption and the systemic availability of drospirenone (DRSP) and ethinylestradiol (EE) after single oral administration of 6 mg DRSP in combination with 60 ug EE. | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0066 | 09/05/1995 | SBPL00022667 | *SBPL00022940 | Heithecker, R | Report No. AE91: Open-labeled, randomized study of the influence of the oral contraceptives SH T 470 FA and SH T 470 IA on hemostasis in comparison with Marvelon. | Hearsay (Rule 802); authentication (Rule 901) |

Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. v Barr Laboratories, Inc.
Civil Action No. 05-cv2308 (PGS)(ES)
Judge Peter G. Sheridan
Magistrate Judge Esther Salas

Page 7 of 27

# Plaintiff's Trial Exhibits with Defendant's Objections

| PTX | Date | Bates Range | | Author | Description | Def Objections |
|-----|------|-------------|--|--------|-------------|----------------|
| PTX0067 | 04/10/1996 | SBPL00038470 | *SBPL00038735 | Heibecker, R | Report No. AG44. Unicenter, open-labeled, randomized study on the influence of SH T 470 FA on parameters of the hemostatic system and on parameters of the renin-angiotensin-aldosterone system (RAAS) in comparison with Marvelon in 60 healthy women over 13 cycles. | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0068 | 08/26/1996 | SBPL00028062 | *SBPL00028315 | Heithecker, R | Report No. AH37. A single-blind, randomized, comparative study with the oral contraceptives SH T 470 F and SH T 470 I in comparison with Marvelon in women with acne and seborrhea over 9 treatment cycles. | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0069 | 12/19/1996 | SBPL00014281 | *SBPL00014401 | Blode, H | Report No. AD8. A One-Year Pharmacokinetic Study with the Oral Contraceptive. | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0070 | 05/08/1998 | SBPL00029763 | *SBPL00029956 | Loock, W | Report No. AM91. Double-blind, randomized, multicenter, parallel group comparison of SH T 470 FA and Microgynon over 3 cycles in women with premenstrual syndrome (PMS) | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0071 | 04/22/1998 | SBPL00019936 | *SBPL00020307 | Schellschmidt, I | Report No. AD06. Study of cycle control and tolerance of SH T 470 FA in comparison with Marvelon in up to 2100 healthy women over 13 cycles of contraceptive use. | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0072 | 05/26/1998 | SBPL00039356 | *SBPL00039747 | Heithecker, R | Report No. AL84. Single-center, open, randomized study on the influence of SH T 470 FA on lipid and carbohydrate metabolism in comparison to Marvelon in 60 healthy women under 13 cycles of contraceptive use. | Hearsay (Rule 802); authentication (Rule 901) |

Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. v Barr Laboratories, Inc.
Civil Action No. 05cv2308 (PGS)(ES)
Judge Peter G. Sheridan
Magistrate Judge Esther Salas

Page 8 of 27

# Plaintiff's Trial Exhibits with Defendant's Objections

| PTX | Date | Bates Range | Author | Description | Def Objections |
|---|---|---|---|---|---|
| PTX0073 | 06/17/1998 | SBPL00027260 *SBPL00027430 | Schellschmidt, I | Report No. AM90: Open, randomized, multicenter study on endometrial morphology in healthy women requiring or agreeing to contraceptive protection under SH T 470 FA over 13 treatment cycles in comparison to the pretreatment value. | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0074 | 06/18/1998 | SBPL00029034 *SBPL00029306 | Loock, W | Report No. AM80: Double-blind, randomized, multicenter study with SH T 470 FA in comparison with Diane 35 in women with acne over 9 treatment cycles. | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0075 | 08/19/0000 | SBPL01017717 *SBPL01017867 | | Yasmin® sales figures, 2001-2006 | Subject to Plaintiffs' letter dated 10/30/07 re: financial documents, Plaintiffs admitted to Court that this exhibit will be removed from list |
| PTX0076 | 00/00/1987 | - | Stricker, H | Article: Pharmazeutisch angewandte physikalisch-chemische Grundlagen | Incomplete (Rule 106); foundation; relevance (Rule 402, 403); hearsay (Rule 802) |
| PTX0077 | 08/29/1985 | SBPL00090628 *SBPL00090633 | Lachnit, U | Report No. 6961: Determination of the transformation dose of the ZK 30 595 (dihydrospirorenone) | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0078 | 07/25/1986 | SBPL00090643 *SBPL00090657 | Holland, U | Report No. 7215: Study of ZK 30 595 (dihydrospirorenone) in respect of inhibition of ovulation. | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0079 | 08/25/1988 | SBPL02285608 *SBPL02285620 | | Report No. 8256: Plasma levels of ZK 30 595 and Cyproterone acetate in 2 groups of 6 female volunteers during treatment with daily 2 mg ZK 30 595 or 1 mg Cyproterone acetate over one cycle | Relevance (Rule 402, 403); hearsay (Rule 802); authentication (Rule 901) |

Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. v Barr Laboratories, Inc.
Civil Action No. 05cv2308 (PGS)(ES)
Judge Peter G. Sheridan
Magistrate Judge Esther Salas

Page 9 of 27

# Plaintiff's Trial Exhibits with Defendant's Objections

| PTX | Date | Bates Range | Author | Description | Def Objections |
|---|---|---|---|---|---|
| PTX0080 | 09/17/1997 | SBPL02799041 | Fulcher, A | *SBPL02799157 Research Report No. A951: Investigation of the bioequivalence of drospirenone and ethinyl estradiol from two different tablets each containing 3 mg drospirenone and 0.03 mg ethinyl estradiol and its relative bioavailability with reference to an oral suspension in 42 young women | Incomplete (Rule 106); authentication (Rule 901) |
| PTX0084 | 03/07/2003 | M-P00002177 | Lipp, R | *M-P00002195 Lipp's Declaration in re application of Wolfgang Heil et al. | Incomplete (Rule 106), hearsay (Rule 802); authentication (Rule 901) |
| PTX0085 | 05/14/1988 | SBPL00090658 | Heithecker, R | *SBPL00090757 Report No. 8036. Human pharmacological comparative study (parameters of renin-angiotensin-aldosterone system and anti-ovulatory effect: Dihydrospirorenone SH T 470 B versus SH 8.0714 Investigator: Professor Dr. W. Oelkers, Steglitz Clinic, Free University of Berlin. | Hearsay (Rule 802); authentication (Rule 901); relevance (Rule 402, 403) |
| PTX0088 | 00/00/1979 | – | Jones, R Singer, A Edgren, R | Article: The Biological Activities of Norgestrel and its Enantiomers | Relevance (Rule 402, 403); hearsay (Rule 802), foundation |
| PTX0089 | 11/29/1983 | SBPL02286514 | | *SBPL02286521 Report 5727 – Analytical proof (HPLC) of ZK 30.595 | Subject to motion in limine re: internal documents as evidence of non-obviousness, hearsay (Rule 802); authentication (Rule 901) |
| PTX0090 | 07/07/1998 | SBPL00010906 | Kulmann, H Kuhnz2Blode, H | *SBPL00011034 Report No. A166 | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0091 | 02/28/2006 | – | | Defendant Barr's Supplemental Responses to Plaintiffs' First Set of Interrogatories | |

Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. v Barr Laboratories, Inc.
Civil Action No. 05cv2308 (PGS)(ES)
Judge Peter G. Sheridan
Magistrate Judge Esther Salas

Page 10 of 27

## Plaintiff's Trial Exhibits with Defendant's Objections

| PTX | Date | Bates Range | Author | Description | Def Objections |
|---|---|---|---|---|---|
| PTX0092 | 04/16/2007 | - | | Defendant Barr Laboratories, Inc.'s Responses to Plaintiff's Second Set of Interrogatories (Nos. 7-9) | |
| PTX0093 | 07/00/1982 | - | Krause, W Kuhne, G | Article: Isolation and Identification of Spirorenone Metabolites from the Monkey (Macaca Fascicularis) | Hearsay (Rule 802) |
| PTX0094 | 00/00/0000 | SBPL01001196 - SBPL01001202 | | Financial data re Yasmin® | Hearsay (Rule 802); authenticity (Rule 901) |
| PTX0095 | 07/13/1999 | - | Elliesen, J Riedl, J | U.S. Patent 5,922,349, Hormone Replacement Therapy Method and Hormone Dispenser. | Relevance (Rule 402, 403) |
| PTX0096 | 09/00/2007 | - | | Janet Arrowsmith-Lowe Curriculum Vitae | Hearsay (Rule 802) |
| PTX0097 | 00/00/1991 | - | Nickisch, K Beier, S Bittler, D Elger, W Laurent, H Losert, W Nishino, Y Schillinger, E Wiechert, R | Article:  Aldosterone Antagonists. 4. Synthesis and Activities of Steroidal 6,6-Ethylene-15,16-methylene 17-Spirolactones. | Hearsay (Rule 802); relevance (Rule 402, 403) |
| PTX0098 | 00/00/2003 | - | Gerlinger, C Endrikat, J Van der Meulen, E Dieben, T Dusterberg, B | Article: Recommendation for confidence interval and sample size calculation for the Pearl Index | Relevance (Rule 402, 403); hearsay (Rule 802); foundation; authentication (Rule 901) |
| PTX0100 | 00/00/1985 | - | Losert, W Casals-Stenzel, J Buse, M | Article:  Progestogens with Antimineralocorticoid Activity | Relevance (Rule 402, 403); hearsay (Rule 802); foundation; authentication (Rule 901) |

Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. v. Barr Laboratories, Inc.
Civil Action No. 05-cv2308 (PGS)(ES)
Judge Peter G. Sheridan
Magistrate Judge Esther Salas

Page 11 of 27

## Plaintiff's Trial Exhibits with Defendant's Objections

| PTX | Date | Bates Range | | Author | Description | Def Objections |
|---|---|---|---|---|---|---|
| PTX0103 | 12/22/1992 | SBPL02404120 | ^SBPL02404142 | Hegele-Hartung, Ch. | Report No. A370: Receptor profile and pharmacological actions of ZK 35096 | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0104 | 11/29/1983 | SBPL02293909 | ^SBPL02293916 | Tack, J | Report No. 5728: Acid-catalyzed transformation of ZK 30595 during (in vitro) dissolution test. | Subject to motion in limine re: internal documents as evidence of non-obviousness; hearsay (Rule 802); authentication (Rule 901) |
| PTX0105 | 04/14/2006 | | - | | Defendant Barr's Second Supplemental Responses to Plaintiff's First Set of Interrogatories | |
| PTX0106 | 11/19/1984 | SBPL00087569 | ^SBPL00087587 | Dusterberg, B | Report No. 6335: Pharmacokinetics of ZK 30 595 in the beagle dog. Plasma levels of the total radioactivity and active substance and elimination of the total radioactivity after intravenous and intragastric administration of 3H-ZK 30 595 (0.3 mg/kg). | Hearsay (Rule 802); relevance (Rule 402, 403); authentication (Rule 901) |
| PTX0107 | 01/07/1993 | SBPL02401763, | ^SBPL02401797, SB | Wenig, P Schneider, P Hillman, J | Report APC 67/92 - Working Report KE 84 - Studies on the isomerization of Drospirenone (ZK 30595, Dihydrospirorenone) into ZK 35096, Study no. 92/127 | Subject to motion in limine as evidence of non-obviousness, hearsay (Rule 802); authentication (Rule 901) |
| PTX0108 | 09/28/1987 | SBPL0010166 | ^SBPL00010185 | | Report No. 7797: Plasma level of the unchanged drug after a single oral administration of 1 mg ZK 30 595 as a normal tablet (SH T 470 A) and as a film-coated tablet resistant to gastric juice (SH T 470 S) to 6 female beagle dogs | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0109 | 07/09/1996 | | - | De Castro, L | U.S. Patent 5,534,270, Method of Preparing Stable Drug Nanoparticles. | |

Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. v Barr Laboratories, Inc.
Civil Action No. 05-cv2308 (PGS)(ES)
Judge Peter G. Sheridan
Magistrate Judge Esther Salas

Page 12 of 27

Plaintiff's Trial Exhibits with Defendant's Objections

| PTX | Date | Bates Range | Author | Description | Def Objections |
|---|---|---|---|---|---|
| PTX0110 | 00/00/1991 | - | Oelkers, W | Article: Effects of oral contraceptives on the renin-aldosterone system: overview and report on a new natriuretic progestogen | Hearsay (Rule 802) |
| PTX0111 | 11/03/2000 | SBPL00208530 | Kelly, A | Safety Report: Protocol 97036D - Amendment 1: A Multicenter, Double-Blind, Randomized, Placebo-Controlled, Parallel-Group Study to Evaluate the Efficacy of a Monophastic Oral Contraceptive Preparation, Containing Drospirenone 3 mg and Ethinyl Estradiol 30 ug, in the Treatment of Premenstrual Syndrome (PMS) and premenstrual Dysphoric Disorder (PMDD) | Relevance (Rule 402, 403); hearsay (Rule 802); foundation; authentication (Rule 901) |
|  |  | ~SBPL00208727 |  |  |  |
| PTX0112 | 02/17/2003 | SBPL02840794 |  | Email chain re: Yasmin | Relevance (Rule 402, 403); hearsay (Rule 802); foundation, authentication (Rule 901) |
|  |  | ~SBPL02840794 |  |  |  |
| PTX0113 | 01/28/1999 | SBPL00270396 | Velez, N | PowerPoint slides re: Yasmin® Pre-NDA Meeting. | Relevance (Rule 402, 403); hearsay (Rule 802); foundation; authentication (Rule 901) |
|  |  | ~SBPL00270440 |  |  |  |
| PTX0114 | 02/11/1999 | SBPL02302487 | Heil, W Lipp, R Voss Schubert | Report No. N5805E010: SH T 470 FA Film-Coated Tablets, Validation of the manufacturing process. | Relevance (Rule 402, 403); hearsay (Rule 802); foundation; authentication (Rule 901) |
|  |  | ~SBPL02302520 |  |  |  |
| PTX0115 | 07/02/1981 | SBPL02453077 |  | Report 4761:  Plasma level of ZK 35 973 in money (Macaca fascicularis), 3 hours after 1, 8, 22, and/or 46 administrations of one dosage of 290 mg/kg (samples of study Tox. 30 327) | Relevance (Rule 402, 403); hearsay (Rule 802); foundation; authentication (Rule 901) |
|  |  | ~SBPL02453084 |  |  |  |

Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. v Barr Laboratories, Inc.
Civil Action No. 05cv2308 (PGS)(ES)
Judge Peter G. Sheridan
Magistrate Judge Esther Salas

Page 13 of 27

# Plaintiff's Trial Exhibits with Defendant's Objections

| PTX | Date | Bates Range | Author | Description | Def Objections |
|---|---|---|---|---|---|
| PTX0116 | 00/00/0000 | SBPL00711066 - SBPL00711066 | | Pre-NDA Meeting Package Drospirenone 3 mg and Ethinyl Estradiol 0.030 mg Tablets; Program: DRSP (P96049_SAS.BI90177) BKGTAB SAS. | Incomplete (Rule 106); relevance (Rule 402, 403); hearsay (Rule 802); foundation; authentication (Rule 901) |
| PTX0117 | 07/00/2006 | - | R. P. Scherer Bristol Meyers | VePesid (etoposide) Capsules Product Information | Relevance (Rule 402, 403); hearsay (Rule 802); foundation; authentication (Rule 901) |
| PTX0118 | 08/23/1999 | SBPL02615895 - SBPL02615900 | Blode, H | Email re DRSP isomerization in vivo. | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0120 | 00/00/1994 | - | Stanczyk, F | Article: Structure-Function Relationships, Potency, and Pharmacokinetics of Progestogens, Chapter 7 of "Treatment of the Postmenopausal Woman: Basic and Clinical Aspects." | Hearsay (Rule 802); relevance (Rule 402, 403) |
| PTX0122 | 00/00/0000 | SBPL00531336; - SBPL00531336; | Blode, H | Hartmut Blode Curriculum Vitae. | Hearsay (Rule 802) |
| PTX0124 | 03/27/2007 | - | Broxterman, E | Letter: confidential information to be disclosed to Harry Boghigian. | Hearsay (Rule 802); relevance (Rule 402, 403); best evidence (Rule 1002) |
| PTX0126 | 07/19/1996 | SBPL02453577 - SBPL02453584 | | OC with Drospirenone 11th Project Team Meeting FK.01.470, July 2, 1996. | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0127 | 06/18/1996 | SBPL02444743 - SBPL02444750 | | OC with Drospirenone 10th Project Team Meeting FK.01.470, May 23, 1996. | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0128 | 10/29/1994 | SBPL02798249 - SBPL02799020 | Heithecker, R Blode, H | Report No. A892: A Multicenter, open-label randomized study of the dose-dependency of the ovulation-inhibitory effect under oral administration of drospirenone for one cycle | Hearsay (Rule 802); authentication (Rule 901) |

Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. v Barr Laboratories, Inc.,
Civil Action No. 05cv2308 (PGS)(ES)
Judge Peter G. Sheridan
Magistrate Judge Esther Salas

Page 14 of 27

# Plaintiff's Trial Exhibits with Defendant's Objections

| PTX | Date | Bates Range | Author | Description | Def Objections |
|---|---|---|---|---|---|
| PTX0129 | 11/10/2005 | - | | Defendant Barr's Response to Plaintiffs' First Set of Interrogatories | |
| PTX0130 | 05/02/2007 | - | | Defendant Barr's Responses to Plaintiffs' Third Set of Interrogatories (Nos. 10-12) | |
| PTX0131 | 08/17/2007 | - | | Joint Proposed Order re schedule | |
| PTX0132 | 07/01/1993 | SBPL02293918 - SBPL02293957 | Hilmann | Report No. KE 84 re Studies on the isomerization of Drospirenone (ZK 30595, Dihydrospirorenone) into ZK 35096 | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0134 | 01/11/1977 | - | Gardella, L | U.S. Patent 4,002,718 re Gelatin-encapsulated Digoxin Solutions and Method of Preparing the Same. | Relevance (Rule 402, 403) |
| PTX0135 | 10/00/1997 | - | Shulman, L | Article: Compliance and Contraception Sharing Responsibility for Improving Outcomes. | Hearsay (Rule 802) |
| PTX0136 | 02/12/1997 | SBPL00076642; - SBPL00076693; | Brown, S | Contact Report of meeting between Berlex and Division of Reproductive and urologic Drug Products. | Subject to motion in limine re internal documents as evidence of non-obviousness; hearsay (Rule 802) |
| PTX0137 | 00/00/1980 | - | Notari, R | Chapter on "Absorption of Drugs from Gastrointestinal Tract." | Hearsay (Rule 802) |
| PTX0138 | 00/00/1993 | - | Martin, A | Chapter 12 Excerpt: Kinetics, Martin's Physical Pharmacy, 1993 | Incomplete (Rule 106); relevance (Rule 402, 403); hearsay (Rule 802)+G151 |
| PTX0139 | 00/00/0000 | - | Healy, J Hardy, J Davis, S Wilson, C | Chapter 7: Enteric Coatings and Delayed Release, Drug Delivery to the Gastrointestinal Tract | Relevance (Rule 402, 403); hearsay (Rule 802) |

Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. v Barr Laboratories, Inc.
Civil Action No. 05cv2308 (PGS)(ES)
Judge Peter G. Sheridan
Magistrate Judge Esther Salas

Page 15 of 27

# Plaintiff's Trial Exhibits with Defendant's Objections

| PTX | Date | Bates Range | Author | Description | Def Objections |
|---|---|---|---|---|---|
| PTX0140 | 00/00/1986 | - | Davis, S<br>Hardy, J<br>Fara, J | Article: Transit of pharmaceutical dosage forms through the small intestine | Hearsay (Rule 802) |
| PTX0141 | 03/15/1977 | - | Bruzzese, T<br>Racchelli, L<br>Lomi, R<br>Rognoni, S | Article: Action of Gastric and Intestinal Simulated Juice on Meparticrin in solid and Solubilized Form | Relevance (Rule 402, 403); hearsay (Rule 802) |
| PTX0142 | 09/10/2007 | - | | James McGinity Curriculum Vitae | Hearsay (Rule 802) |
| PTX0143 | 00/00/1991 | - | Dolley, C | Digoxin -Therapeutic Drugs (ed. Sir Colin Dollery) | Relevance (Rule 402, 403); hearsay (Rule 802) |
| PTX0144 | 02/00/1984 | - | Doherty, J<br>Marcus, F<br>Binnion, P | Article:  A Multicenter Evaluation of the Absolute Bioavailability of Digoxin Dosage Forms | Relevance (Rule 402, 403); hearsay (Rule 802) |
| PTX0145 | 08/25/1964 | - | Mancera, O<br>Batres, E | U.S. Patent No. 3,146,244 re Selective Bromination of Isolated Double Bonds in Steroidal Compounds. | Relevance (Rule 402, 403) |
| PTX0146 | 09/13/1996 | SBPL00549353 - SBPL00549353 | | Study A151: Case Report Form for Subject 659 | Incomplete (Rule 106); hearsay (Rule 802), foundation; authentication (Rule 901); relevance (Rule 402, 403) |
| PTX0147 | 01/01/1995 | - | | USP 23 Monograph Section 724 re: Drug Release. | Incomplete (Rule 106); relevance (Rule 402, 403); hearsay (Rule 802), authentication (Rule 901) |
| PTX0148 | 00/00/1979 | - | | Excerpt re Digoxin, Pharmaceutical Codex (11th Edition) | Hearsay (Rule 802); relevance (Rule 402, 403) |

Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. v Barr Laboratories, Inc.
Civil Action No. 05cv2308 (PGS)(ES)
Judge Peter G. Sheridan
Magistrate Judge Esther Sales

## Plaintiff's Trial Exhibits with Defendant's Objections

| PTX | Date | Bates Range | | Author | Description | Def Objections |
|---|---|---|---|---|---|---|
| PTX0149 | 00/00/2003 | SBPL01006163 | *SBPL01006322 | | Schering Annual Report 2003 | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0150 | 00/00/1993 | " | " | Cohen, A Kroon, R Schoemaker, H Breimer, D Van Vliet-Verbeek, A Brandenburg, H | Article: The bioavailability of digoxin from three oral formulations measured by a specific h p l c assay | Relevance (Rule 402, 403); hearsay (Rule 802) |
| PTX0152 | 12/00/2005 | " | " | | Yasmin® Patent Package Insert | |
| PTX0153 | 03/00/2000 | SBPL02318211 | *SBPL02318343 | | Summary of Clinical Trials, European Regulatory Submission | Relevance (Rule 402, 403); authentication (Rule 901) |
| PTX0155 | 08/15/1987 | SBPL02269870 | *SBPL02269879 | Riedl, J | Batch Record G879076 SH T 470 D | Foundation, authentication (Rule 901); relevance (Rule 402, 403) |
| PTX0156 | 09/10/1987 | SBPL02269486 | *SBPL02269497 | Riedl, J | Batch Record G879075 SH T 470 C | Foundation, authentication (Rule 901); relevance (Rule 402, 403) |
| PTX0157 | 10/05/1988 | SBPL00500618 | *SBPL00500618 | | Batch Record G888091 SH T 470 A | Foundation; authentication (Rule 901); relevance (Rule 402, 403) |
| PTX0158 | 09/21/2007 | " | " | Foster, T | Thomas Foster Curriculum Vitae | Hearsay (Rule 802) |
| PTX0159 | 09/19/2000 | " | " | Mohr, J Nickisch, K | U.S. Patent No. 6,121,465 re: Process for Production Drospirenone and Intermediate Products of the Process | Relevance (Rule 402, 403) |

Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. v Barr Laboratories, Inc.
Civil Action No. 05-cv2308 (PGS)(ES)
Judge Peter G. Sheridan
Magistrate Judge Esther Salas

Page 17 of 27

# Plaintiff's Trial Exhibits with Defendant's Objections

| PTX | Date | Bates Range | | Author | Description | Def Objections |
|---|---|---|---|---|---|---|
| PTX0160 | 08/27/1997 | SBPL00014767 | ^SBPL00014813 | Blode, H | Report No. AI99: Multicenter, open, non-comparative study of the breast milk passage of drospirenone after single oral administration of SH T 470 FA in healthy, lactating women | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0161 | 09/10/2007 | | - | | Defendant Barr's Amended Answer, Affirmative Defenses and Counterclaims | |
| PTX0162 | 02/12/1997 | SBPL00000085 | ^SBPL00000089 | Kish, C | Minutes of Phase III meeting re Drospirenone and ethinyl estradiol. | Subject to motion in limine re internal documents as evidence of non-obviousness, hearsay (Rule 802); authentication (Rule 901) |
| PTX0163 | 02/10/1999 | SBPL00032617 | ^SBPL00032842 | Muenzen, R | Report No. 98180: An Open-Label, Multicenter Study to Evaluate the Efficacy and Safety of a Monophasic Oral Contraceptive Preparation, Containing Drospirenone (DRSP) 3 mg and Ethinyl Estradiol (EE) 30 ug. | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0164 | 00/00/0000 | SBPL00031418 | ^SBPL00031424 | | NDA Drospirenone 3 mg and Ethinyl Estradiol 0.030 mg Tablets | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0165 | 10/02/1996 | SBPL00077366 | ^SBPL00077420 | | IND Drospirenone/Ethinyl Estradiol Tablets, Item 5.0: Confidential Investigator's Brochure | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0166 | 09/13/1996 | SBPL00077363 | ^SBPL00077365 | | IND Drospirenone/Ethinyl Estradiol Tablets, Introductory Statement and General Investigational Plan | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0167 | 10/07/1996 | SBPL00077359 | ^SBPL00077362 | | IND Drospirenone/Ethinyl Estradiol Tablets, Table of Contents | Hearsay (Rule 802); authentication (Rule 901) |

Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. v Barr Laboratories, Inc.
Civil Action No. 05cv2308 (PGS)(ES)
Judge Peter G. Sheridan
Magistrate Judge Esther Salas

Page 18 of 27

# Plaintiff's Trial Exhibits with Defendant's Objections

| PTX | Date | Bates Range | Author | Description | Def Objections |
|-----|------|-------------|--------|-------------|----------------|
| PTX0168 | 04/00/1997 | - | Redmond, G<br>Olson, W<br>Lippman, J<br>Kaffrissen, M<br>Jones, T<br>Jorizzo, J | Article: Norgestimate and Ethinyl Estradiol in the Treatment of Acne Vulgaris: A Randomized, Placebo-Controlled Trial | Hearsay (Rule 802); relevance (402, 403) |
| PTX0169 | 03/00/2000 | SBPL02317475 - SBPL02317491 | | Yasmin® European Regulatory Submission, Table of Contents | Relevance (Rule 402, 403); hearsay (Rule 802); authentication (Rule 901) |
| PTX0170 | | - | | Yasmin product sample | Authentication (Rule 901) |
| PTX0171 | 06/00/2004 | - | Tuleu, C<br>Newton, M<br>Rose, J<br>Euler, D<br>Saklatvala, R<br>Clarke, A<br>Booth, S | Article: Comparative Bioavailability Study in Dogs of a Self-Emulsifying Formulation of Progesterone Presented in a Pellet and Liquid Form Compared with an Aqueous Suspension of Progesterone | Relevance (Rule 402, 403); hearsay (Rule 802) |
| PTX0172 | 01/28/1992 | - | Greco, J<br>McGinity, J | U.S. Patent No. 5,084,277 re: Vaginal Progesterone Tablet. | Relevance (Rule 402, 403) |
| PTX0173 | 00/00/1988 | SBPL02256119 - SBPL02256131 | Riedl, J | Batch Record G888091 SH T 470 A | Foundation, authentication (Rule 901); relevance (Rule 402, 403) |
| PTX0174 | 07/13/2000 | SBPL00263829 - SBPL00263831 | Houn, Florence Dr | Letter re New Drug Application (NDA-21-098) | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0175 | 03/17/2000 | SBPL00270387 - SBPL00270390 | Houn, Florence Dr<br>Best, J | NDA-21098 Yasmin® Approval Letter. | Hearsay (Rule 802); authentication (Rule 901) |

Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. v Barr Laboratories, Inc.<br>Civil Action No. 05cv2308 (PGS)(ES)<br>Judge Peter G. Sheridan<br>Magistrate Judge Esther Salas

Page 19 of 27

# Plaintiff's Trial Exhibits with Defendant's Objections

| PTX | Date | Bates Range | | Author | Description | Def Objections |
|---|---|---|---|---|---|---|
| PTX0176 | 03/02/1994 | SBPL00479328 | *SBPL00479330 | Ellman, H | Memo re: FDA standards for Phase III OC development | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0177 | 09/12/1996 | SBPL00077421 | *SBPL00077463 | Ellman, H | IND Drospirenone/Ethinyl Estradiol Tablets: 6.0 Protocol. | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0178 | 12/04/1998 | SBPL00087927 | *SBPL00087973 | | IND Drospirenone/Ethinyl Estradiol Tablets. Overall Summary of Previous Human Experience. | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0179; PTX0027 | 10/07/1996 | SBPL00077353 | *SBPL00077355 | Brown, C | Letter submitting initial Investigational New Drug Application (IND) | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0180 | 01/00/2007 | - | - | | FDA Advisory Committee for Reproductive Health Drugs General Meeting January 23 and 24, 2007 | Subject to motion in limine re FDA guidelines, foundation; relevance (Rule 402, 403) |
| PTX0181 | 12/00/2001 | - | - | Evelyn, B Tolgo, T Banks, D Pohl, D Gray, E Robins, B Ernst, J | Article: Participation of Racial / Ethnic Groups in Clinical Trials and Race-Related Labeling. A Review of New Molecular Entities Approved 1995-1999 | Relevance (Rule 402, 403); hearsay (Rule 802) |
| PTX0182 | 02/20/1997 | SBPL02087480 | *SBPL02087495 | Schneider, P Winter, G Erb, S | Working Report No. LV76. The solubility of Drospirenone, ZK 30 595, in water and aqueous buffer solutions of pH 5, 7 and 9. | Hearsay (Rule 802); authenticity (Rule 901) |
| PTX0183 | 00/00/1989 | - | - | Wilson, C Washington, N | Chapter 4: The Stomach: its role in oral drug delivery. Physiological Pharmaceutics Biological Barriers to Drug Absorption | Hearsay (Rule 802) |
| PTX0184 | 01/01/1995 | - | - | | USP 23 Monograph Section 1151 re: Pharmaceutical Dosage Forms. | Hearsay (Rule 802) |

Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. v Barr Laboratories, Inc.
Civil Action No. 06cv2308 (PGS)(ES)
Judge Peter G. Sheridan
Magistrate Judge Esther Salas

# Plaintiff's Trial Exhibits with Defendant's Objections

| PTX | Date | Bates Range | | Author | Description | Def Objections |
|-----|------|-------------|--|--------|-------------|----------------|
| PTX0185 | 05/26/1992 | - | - | Greco, J<br>McGinity, J | U.S. Patent No. 5,116,619 re: Vaginal Progesterone Tablet | Relevance (Rule 402, 403) |
| PTX0186 | 05/19/2004 | M-P00000133 | *M-P00000149 | Zelano, A | Fax attaching Supplement Amendment for Serial No. 09/654,227 | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0187 | 05/06/1999 | SBPL02305892 | *SBPL02305899 | Eder, W<br>Bresky, A | Yasmin® 25th Project Team Meeting | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0188 | 02/00/1998 | | - | Peterson, L<br>Oakley, D<br>Potter, L<br>Darroch, J | Article: Women's Efforts to Prevent Pregnancy: Consistency of Oral Contraceptive Use | Hearsay (Rule 802) |
| PTX0189 | 10/13/1997 | SBPL02314714 | *SBPL02314722 | Weiss, R | Minutes of PCME Technical Exchange Meeting ON Yasmin 30, DE-00470 | Hearsay (Rule 801); authentication (Rule 901) |
| PTX0190 | 11/27/1996 | SBPL02301750 | *SBPL02301758 | Weiss, R | Minutes of PCME Technical Exchange Meeting Drospirenone, November 27, 1996. | Hearsay (Rule 801); authentication (Rule 901) |
| PTX0191 | 03/31/1998 | SBPL02419913 | *SBPL02419945 | Hilmann<br>Heil, W | Working Report No. MK02E010: SH T 470 FA Film-coated Tablets Development of Formulation and Manufacturing Process. | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0192 | 06/22/1993 | SBPL02285768 | *SBPL02285770 | | Status report on the absorption, distribution, metabolism and excretion (ADME) of Drospirenone (ZK 30 595) in animal species and man. | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0193 | 04/01/1980 | M-P00000843 | *M-P00000847 | Besins, J | U.S. Patent No. 4,196,188 re: Orally Administrable Form of Progesterone. | |
| PTX0194 | 07/23/2004 | SBPL02606024 | *SBPL02606025 | | Report re prescriptions, NDC Health Prescription Database and samples. | Hearsay (Rule 802); authentication (Rule 901) |

Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. v Barr Laboratories, Inc.
Civil Action No. 05cv2308 (PGS)(ES)
Judge Peter G. Sheridan
Magistrate Judge Esther Salas

Page 21 of 27

# Plaintiff's Trial Exhibits with Defendant's Objections

| PTX | Date | Bates Range | | Author | Description | Def Objections |
|---|---|---|---|---|---|---|
| PTX0195 | 07/22/1988 | SBPL00500110 | ^SBPL00500111 | Riedl, J | Batch Record G868056 SH T 470 B | Foundation, authentication (Rule 901); relevance (Rule 402, 403) |
| PTX0196 | 09/08/1986 | SBPL0256277 | ^SBPL0256288 | Riedl, J | Batch Record G868056 SH T 470 B | Foundation, authentication (Rule 901), relevance (Rule 402, 403) |
| PTX0197 | 04/06/2004 | M-P00002328 | ^M-P00002329 | Hui, Examiner | Interview Summary from 4/6/04 in re Application 09/654,227 | Hearsay (Rule 802); authentication (Rule 901) |
| PTX0198 | 07/25/1986 | SBPL00499853 | ^SBPL00499857 | Lachnit, U | Report No. 7214: Extended study of ZK 30 595 (dihydrospirorenone) in respect of the inhibition of ovulation. | Relevance (Rule 402, 403); hearsay (Rule 802); authentication (Rule 901) |
| PTX0200 | 00/00/1992 | | - | Reuning, R Geraets, D Rocci, M Vlasses, P | Chapter 20  Digoxin, Applied Pharmacokinetics, 1992 | Relevance (Rule 402, 403); foundation, hearsay (Rule 802) |
| PTX0201 | 12/04/2003 | M-P00002386 | ^M-P00002411 | | Amendments and/or additions to the Claims in re App of Hell Serial No. 09/654, 227 filed 8/31/00 | Hearsay (Rule 802)+G138 |
| PTX0203 | 06/11/1980 | SBPL02902458 | ^SBPL02902468 | Kopp, R Humpel, M Krause, W | Report No. 4320: Detection of ZK 35 973 in Plasma. | Hearsay (Rule 802); authenticity (Rule 901); relevance (Rule 402, 403) |
| PTX0204 | 00/00/0000 | SBPL02306866 | ^SBPL02306866 | | Michael Humpel Curriculum Vitae | Hearsay (Rule 802) |
| PTX0206 | 00/00/0000 | SBPL02293849 | ^SBPL02293852 | Tack, J | Tack Handwritten Notes | Hearsay (Rule 802); authenticity (Rule 901); relevance (Rule 402, 403) |

Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. v Barr Laboratories, Inc.
Civil Action No. 05cv2308 (PGS)(ES)
Judge Peter G. Sheridan
Magistrate Judge Esther Salas

Page 22 of 27

# Plaintiff's Trial Exhibits with Defendant's Objections

| PTX | Date | Bates Range | Author | Description | Def Objections |
|---|---|---|---|---|---|
| PTX0207 | 04/07/2004 | M-P00000025 *M-P00000039 | Sopp, J | Fax attaching list of claims with proposed amended claims for Application No. 09/654,227 | Hearsay (Rule 802); authenticity (Rule 901); best evidence (Rule 1002) |
| PTX0208 | 12/07/1992 | SBPL02555828 *SBPL02555874 | | Report No. A376: Pharmacokinetics of the unchanged drug and the 14C-labelled substance after single intragastric (1 of 10 mg/kg) and intravenous (0.5 mg/kg) administration of 14C-drospirenone to female cynomolgus monkeys. | Hearsay (Rule 802); relevance (Rule 402, 403) |
| PTX0209 | 05/23/2007 | - | | Defendant Barr Laboratories Inc. Responses and Objections to Plaintiffs' Fourth Set of Interrogatories | |
| PTX0210 | 00/00/0000 | SBPL00102254 *SBPL00102267 | | Yasmin® Business Plan Draft Outline. | Hearsay (Rule 802); authenticity (Rule 901); relevance (Rule 402, 403) |
| PTX0211 | 05/09/1983 | SBPL02295585 *SBPL02295591 | Meyer-Tischler | Minutes of Joint LE/LAP Meeting re Progestins (ZK 35973 and 30595) | Relevance (Rule 402, 403); authenticity (Rule 901); hearsay (Rule 802); best evidence (Rule 1002) |
| PTX0214 | 00/00/2002 | - | Dieben, T Roumen, F Apter, D | Article: Efficacy, Cycle Control, and User Acceptability of a Novel Combined Contraceptive Vaginal Ring | Hearsay (Rule 802); relevance (Rule 402, 403) |
| PTX0215 | 00/00/1996 | - | Mosher, W Bachrach, C | Article: Understanding U.S. Fertility: Continuity And Change in the National Survey Of Family Growth, 1988-1995 | Hearsay (Rule 802); relevance (Rule 402, 403) |
| PTX0216 | 00/00/1990 | - | Goldzieher, J Brody, S | Article: Pharmacokinetics of ethinyl estradiol and mestranol | Hearsay (Rule 802); relevance (Rule 402, 403) |

Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. v Barr Laboratories, Inc.
Civil Action No. 05cv2308 (PGS)(ES)
Judge Peter G. Sheridan
Magistrate Judge Esther Salas

Page 23 of 27

## Plaintiff's Trial Exhibits with Defendant's Objections

| PTX | Date | Bates Range | Author | Description | Def Objections |
|-----|------|-------------|--------|-------------|----------------|
| PTX0217 | 00/00/2003 | - | de Visser, S Uchida, N van Vliet-Daskalopoulou, E Fukazawa, I van Doorn, M van den Heuvel, M Machielsen, C Uchida, E Cohen, A | Article: Pharmacokinetic differences between Caucasian and Japanese subjects after single and multiple doses of potential combined oral contraceptive (Org 30659 and EE) | Hearsay (Rule 802); relevance (Rule 402, 403) |
| PTX0218 | 03/30/2004 | M-P00000040 | Sopp, J | Fax transmitting  Declaration of Ralph Lipp | Hearsay (Rule 802); authenticity (Rule 901); |
| PTX0219 | 00/00/0000 | SBPL00031478 | | NDA Drospirenone 3 mg and Ethinyl Estradiol 0.030 mg Tablets: Background and overview of clinical investigations | Hearsay (Rule 802);  ; relevance (Rule 402, 403) |
| PTX0220 | 03/00/1999 | - | Trussell, James Vaughn, Barbara | Article: Contraceptive Failure, Method-Related Discontinuation And Resumption of Use:  Results from the 1995 National Survey of Family Growth | Hearsay (Rule 802); relevance (Rule 402, 403) |
| PTX0222 | 07/24/2007 | - | | Joint Stipulation as to Infringement | |
| PTX0223 | 11/17/2006 | SBPL03501841 | | European File History, Int'l App. No. PCT/IB00/01213 | Subject to motion in limine re: European proceedings; hearsay (Rule 802); authenticity (Rule 901); relevance (Rule 402, 403) |
| PTX0224 | 06/00/1991 | - | Pramar, Y Gupta, V | Article: Preformulation Studies of Spironolactone: Effect of pH, Two Buffer Species, Ionic Strength, and Temperature on Stability | Hearsay (Rule 802) |

Note: the ^M-P00000040, ^SBPL00031481, ^SBPL03502684 values appear in the Bates Range column.

Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. v Barr Laboratories, Inc.
Civil Action No. 05-cv2308 (PGS)(ES)
Judge Peter G. Sheridan
Magistrate Judge Esther Salas

Page 24 of 27

# Plaintiff's Trial Exhibits with Defendant's Objections

| PTX | Date | Bates Range | Author | Description | Def Objections |
|---|---|---|---|---|---|
| PTX0225 | 02/12/1999 | SBPL00033074 ~SBPL00033113 | | Report 98180 - Clinical Study Report Appendix 16 2 5, An Open-Label, Multicenter Study to Evaluate the Efficacy and Safety of a Monophasic Oral Contraceptive Preparation, Containing Drospirenone (DRSP) 3 mg and Ethinyl Estradiol (EE) 30 mcg | Hearsay (Rule 802) |
| PTX0227 | 00/00/0000 | SBPL00030991 ~SBPL00031415 | | NDA Drospirenone 3 mg and Ethinyl Estradiol 0.030 mg Tablets | Hearsay (Rule 802), ; relevance (Rule 402, 403) |
| PTX0228 | 00/00/0000 | SBPL00711013 ~SBPL00711042 | | Pre-NDA Meeting Package Drospirenone 3 mg and/ Ethinyl Estradiol 0.030 mg Tablets. Item 8: Clinical Studies | Hearsay (Rule 802), authenticity (Rule 901), relevance (Rule 402, 403) |
| PTX0231 | 07/25/1986 | SBPL00499862 ~SBPL00499870 | Lachnit, U | Report No. 7214: Extended study of ZK 30 595 (dihydrospirorenone) in respect of the inhibition of ovulation | Hearsay (Rule 802), authenticity (Rule 901) |
| PTX0232 | 00/00/0000 | SBPL02677734 ~SBPL02677805 | | Yasmin's Business Plan. | Hearsay (Rule 802) |
| PTX0233 | 02/10/2005 | SBPL02593384, SB ~SBPL02593385, SB | Mathews, L | Client Contact Report. | Hearsay (Rule 802) |
| PTX0234 | 03/03/2004 | SBPL02599496 ~SBPL02599497 | Vineis, J | Email re Kaiser - Yasmin. | Hearsay (Rule 802) |
| PTX0235 | 03/11/1981 | SBPL02304516 ~SBPL02304523 | Krause, W | Report No. 4627 - Acid catalyzed rearrangement of ZK 30595 and ZK 35973 | Subject to motion in limine re: internal documents as evidence of non-obviousness; hearsay (Rule 802); authenticity (Rule 901), relevance (Rule 402, 403) |
| PTX0236 | 00/00/0000 | BARR-DR-035786 ~BARR-DR-035918 | | Abbreviated new Drug Application Drospirenone and Ethinyl Estradiol Tablets, 3.0 mg/0.03 mg. bioavailability / bioequivalence general information. | Subject to motion in limine re documents related to Defendant's ANDA; hearsay (Rule 802) |

Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. v Barr Laboratories, Inc.
Civil Action No. 05cv2308 (PGS)(ES)
Judge Peter G. Sheridan
Magistrate Judge Esther Salas

Page 25 of 27

## Plaintiff's Trial Exhibits with Defendant's Objections

| PTX | Date | Bates Range | Author | Description | Def Objections |
|---|---|---|---|---|---|
| PTX0238 | 00/00/0000 | BARR-DR-017928 - BARR-DR-017933 | | Product Development report for Drospirenone and Ethinyl Estradiol Tablets 3 mg/0.03mg. | Subject to motion in limine re documents related to Defendant's ANDA; hearsay (Rule 802) |
| PTX0239 | 08/20/1999 | SBPL02327141 - SBPL02327145 | Velez, N | Yasmin CC NDA: Summary of 8/18 Telecon – item 6. | Subject to motion in limine re internal documents as evidence of non-obviousness; subject to motion in limine re documents purporting to show FDA's opinion; hearsay (Rule 802); authenticity (Rule 901); relevance (Rule 402, 403) |
| PTX0240 | 04/17/2003 | BARR-DR-050577 - BARR-DR-050578 | Cheung, J | Letter re: Bioequivalence requirements for generic equivalent to Yasmin (Drospirenone and Ethinyl Estradiol, 3 mg/0.03 mg) tablets | Subject to motion in limine re internal documents as evidence of non-obviousness; subject to motion in limine re documents purporting to show FDA's opinion; hearsay (Rule 802); relevance (Rule 402, 403); |
| PTX0241 | 08/20/1999 | SBPL00263049 - SBPL00263075 | Velez, N | NDA 21-098: Yasmin 21/28 Tablets Follow up to August 18, 1999 teleconferences: in vivo isomerization. | Subject to motion in limine re internal documents as evidence of non-obviousness; subject to motion in limine re documents purporting to show FDA's opinion; hearsay (Rule 802); authenticity (Rule 901); relevance (Rule 402, 403) |
| PTX0242 | 00/00/0000 | BARR-DR-056332 - BARR-DR-056339 | | Reference Drug: Pharmacy Tracking and Accountability Report. | Hearsay (Rule 802); authenticity (Rule 901); relevance (Rule 402, 403) |

Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. v Barr Laboratories, Inc.
Civil Action No. 05-cv2308 (PGS)(ES)
Judge Peter G. Sheridan
Magistrate Judge Esther Salas

Page 26 of 27