## Plaintiff's Trial Exhibits with Defendant's Objections

| PTX | Date | Bates Range | Author | Description | Def Objections |
|---|---|---|---|---|---|
| PTX0243 | 08/00/1999 | SBPL00263025 - *SBPL00263029 | Velez, N | FDA Contact Report re teleconference | Subject to motion in limine re internal documents as evidence of non-obviousness; subject to motion in limine re documents purporting to show FDA's opinion; hearsay (Rule 802); authenticity (Rule 901); relevance (Rule 402, 403) |

Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. v Barr Laboratories, Inc.
Civil Action No. 05cv2308 (PGS)(ES)
Judge Peter G. Sheridan
Magistrate Judge Esther Salas

**Bayer Schering Pharma AG v Barr Laboratories**
**Barr Laboratories Trial Exhibit List**

| Exhibit Number | Bates Number Begin | Bates Number End | Document Description | Bayer Schering Objection |
|---|---|---|---|---|
| DX-1 | SBPL 00104049 | SBPL 00104087 | Research Report No. A187 | |
| DX-2 | SBPL 00031510 | SBPL 00032615 | Study Report No. A151 | |
| DX-3 | SBPL 00019935 | SBPL 00021273 | Study Report No. AJ06 | |
| DX-4 | SBPL 00017952 | SBPL 00018237 | Study Report No. 9693 | |
| DX-5 | | | W. Krause et al., *Determination of Plasma Levels of Spirorenone, a New Aldosterone Antagonist, and One of its Metabolites by High-Performance Liquid Chromatography*, Journal of Chromatography, 1982, Vol. 230, at 37-45. | |
| DX-6 | | | W. Krause et al., *Pharmacokinetics of the New Aldosterone Antagonist, Spirorenone, in Healthy Volunteers After Single and Repeated Daily Doses*, European Journal of Clinical Pharmacology, 1983, Vol. 25, at 231-36. | |
| DX-7 | | | Werner Krause and Gerhard Kuhne, *Isolation and Identification of Spirorenone Metabolites from the Monkey (Macaca Fascicularis)*, Steroids, 40:81-90 (1982) | |
| DX-8 | | | U.S. patent No. 6,787,531 | |
| DX-9 | | | Slide re Progesterone Structure | 801, 802 -- this is a demonstrative not evidence and is inadmissible hearsay; does not come from prior art |
| DX-10 | SBPL 02404120 | SBPL 02404142 | Research Report No. A370 | |
| DX-11 | | | Stanczyk, *Structure-Function Relationships, Potency, and Pharmacokinetics of Progestogens*, (1994) at 69-89 | |

**Bayer Schering Pharma AG v Barr Laboratories**
**Barr Laboratories Trial Exhibit List**

| Exhibit Number | Bates Number Begin | Bates Number End | Document Description | Bayer Schering Objection |
|---|---|---|---|---|
| DX-12 | | | Slide re Racemic Mixture of Norgestrel Enantiomers | 401, 402, 403 -- this is a demonstrative not evidence; does not come from prior art |
| DX-13 | SBPL 02797065 | SBPL 02797193 | Research Report No. A166 | |
| DX-14 | SBPL 02598167 | SBPL 02598171 | Hartmut Blode, *Pharmacokinetics of Drospirenone*, Gynecology Forum 7(1):18-22 (2002) | |
| DX-15 | SBPL 00012031 | SBPL 00012465 | Research Report No. A733 | |
| DX-16 | SBPL 02799041 | SBPL 02799733 | Research Report No. A951 | |
| DX-17 | SBPL 02680812 | SBPL 02680865 | Final Report Version 1.0 No. 308064 | |
| DX-18 | SBPL 00010526 | SBPL 00010535 | Andreas Baumann et al., *Use of Rat and Human Liver Slices for the Detection of Steroid Hormone-Induced DNA-Adducts in vitro by Means of the P-Postlabeling Technique*, Pharmacology & Toxicology 78:214-223 (1996). | 401, 402, 403 -- article not relevant to any of Defendant's validity defenses; not cited in any of Defendant's expert reports or disclosed in any of Defendant's interrogatory responses |
| DX-19 | SBPL 02615895 | SBPL 02615900 | E-mail re Isomerization of drospirenone (ZK 30595) into ZK 35096 | |
| DX-20 | SBPL 02323247 | SBPL 02323253 | Drospirenone (ZK30595) Cytochrome P450 Interaction/Clinical Studies | 401, 402, 403 -- not relevant to any claim or defense in this case |
| DX-21 | SBPL 00710845 | SBPL 00710854 | Letter of Understanding submitted to the FDA from Berlex Laboratories | |
| DX-22 | | | Figures 1-3 | |
| DX-23 | | | Yasmin product label | |

### Bayer Schering Pharma AG v Barr Laboratories
### Barr Laboratories Trial Exhibit List

| Exhibit Number | Bates Number Begin | Bates Number End | Document Description | Bayer Schering Objection |
|---|---|---|---|---|
| DX-24 | | | Yasmin prescription data | 801, 802 -- hearsay not within any exception; this document is not one of Plaintiffs' business records, but was prepared by Defendant's expert |
| DX-25 | SBPL 02677734 | SBPL 02677805 | Yasmin Business Plan | |
| DX-26 | SBPL 02399942 | SBPL 02399982 | Minutes from the 6th Meeting of DRSP Team | |
| DX-27 | SBPL 01006163 | SBPL 01006322 | Schering Annual Report 2003 | |
| DX-28 | | | Sales Data | 801, 802 -- hearsay not within any exception; this document is not one of Plaintiffs' business records, but was prepared by Defendant's expert |
| DX-29 | | | Product Contribution Margin Statement | 801, 802 -- hearsay not within any exception; this document is not one of Plaintiffs' business records, but was prepared by Defendant's expert |
| DX-30 | | | Yasmin Detailing Cost 2001 - 2007 | 801, 802 -- hearsay not within any exception; this document is not one of Plaintiffs' business records, but was prepared by Defendant's expert |

### Bayer Schering Pharma AG v Barr Laboratories
### Barr Laboratories Trial Exhibit List

| Exhibit Number | Bates Number Begin | Bates Number End | Document Description | Bayer Schering Objection |
|---|---|---|---|---|
| DX-31 | | | Retail Value of Samples | 801, 802 -- hearsay not within any exception; this document is not one of Plaintiffs' business records, but was prepared by Defendant's expert |
| DX-32 | | | Direct-to-consumer Advertising | 801, 802 -- hearsay not within any exception; this document is not one of Plaintiffs' business records, but was prepared by Defendant's expert |
| DX-33 | | | Yasmin Promotional Expenses 2000 - 2007 | 801, 802 -- hearsay not within any exception; this document is not one of Plaintiffs' business records, but was prepared by Defendant's expert |
| DX-34 | | | Y. Pramar et al., *Preformulation Studies of Spironolactone; Effect of pH, Two Buffer Species, Ionic Strength, and Temperature on Stability*, Journal of Pharmaceutical Sciences, June 1991, Vol. 80(6), at 551-53. | |
| DX-35 | | | Y. Pramar et al., *Quantitation of Spironolactone in the Presence of Canrenone Using High-Performance Liquid Chromatography*, Drug Development and Industrial Pharmacy, 1991, Vol. 17(5), at 747-61. | |

**Bayer Schering Pharma AG v Barr Laboratories**
**Barr Laboratories Trial Exhibit List**

| Exhibit Number | Bates Number Begin | Bates Number End | Document Description | Bayer Schering Objection |
|---|---|---|---|---|
| DX-36 | | | Y. Pramar et al., *Development of a stable oral liquid dosage form of spironolactone*, Journal of Clinical Pharmacology and Therapeutics, 1992, Vol. 17, at 245-48. | |
| DX-37 | | | Pharmaceutical Society of Great Britain, et al., "Digoxin," The Pharmaceutical Codex: Principles and Practice of Pharmaceutics, Eleventh Ed., The Pharmaceutical Press, London 1979, 283 | |
| DX-38 | | | Ang, et. al., *Radionuclide measurement of liquid and solid gastric emptying in normal subjects in Singapore*, Ann Acad Med Singapore, 1986 Oct;15(4):511-5. | |
| DX-39 | SBPL 00002490 | SBPL 00002496 | Research Report No. 4627 | |
| DX-40 | | | International Publication Number WO 97/11680 | |
| DX-41 | | | U.S. Patent No. 5,922,349 | |
| DX-42 | | | Joel T. Hargrove, et al., *Absorption of Oral Progesterone Is Influenced by Vehicle and Particle Size*, American Journal of Obstetric Gynecology, Vol. 161, No. 4, 948-951, October 1989 | |
| DX-43 | | | U.S. Patent No. 4,002,718 | |
| DX-44 | SBPL 03500618 | SBPL 03500680 | Declaration of Lipp | |
| DX-45 | SBPL 03500740 | SBPL 03500866 | Declaration of Ellman | |
| DX-46 | BARR-DR-025548 | BARR-DR-025554 | W. Oelkers et al., *Effects of a New Oral Contraceptive Containing an Antimineral-corticoid Progestogen, Drospirenone, on the Renin-Aldosterone System, Body Weight, Blood Pressure, Glucose Tolerance, and Lipid Metabolism*, Journal of Clinical Endocrinology and Metabolism, June 1995, Vol. 80(6), at 1816-21. | |

Bayer Schering Pharma AG v Barr Laboratories
Barr Laboratories Trial Exhibit List

| Exhibit Number | Bates Number Begin | Bates Number End | Document Description | Bayer Schering Objection |
|---|---|---|---|---|
| DX-47 | SBPL 00074890 | SBPL 00074895 | W. Oelkers et al., *Dihydrospirorenone, A New Progestogen with Antimineral-corticoid Activity: Effects on Ovulation, Electrolyte Excretion, and the Renin-Aldosterone System in Normal Women*, J. Clin. Endo. & Metab. 1991; 73:837-42 | |
| DX-48 | M-P 00001242 | M-P 00001246 | U.S. Patent No. 5,824,667 | |
| DX-49 | M-P 00000951 | M-P 00000955 | Declaration of Duesterberg | |
| DX-50 | | | U.S. Patent No. 4,129,564 | |
| DX-51 | | | Patent DE 3022337 A1 | |
| DX-52 | SBPL 02322672 | SBPL 02322698 | Expert Report on Yasmin by B. Duesterberg and H. Blode | |
| DX-53 | M-P 00001996 | M-P 00002001 | Declaration of Elliesen | |
| DX-54 | M-P 00000218 | M-P 00000224 | Office Action Summary for Application No. 09/654,227 | |
| DX-55 | | | Patent WO 98/04269 | |
| DX-56 | M-P 00000194 | M-P 00000201 | Office Action Summary for Application No 09/654,227 | |
| DX-57 | | | U.S. Patent No. 5,534,270 | |
| DX-58 | M-P 00002386 | M-P 00002411 | Reply to the 6/4/03 Office Action re 09/654,227 | |
| DX-59 | M-P 00000211 | M-P 00000215 | Declaration of Elliesen | |
| DX-60 | | | Fred. A. Kincl, et al., *Short Communication: Increasing Oral Bioavailability of Progesterone By Formulation*, Journal of Steroid Biochemistry, Vol. 9, 83-84, 1978 | |
| DX-61 | M-P 00000433 | M-P 00000475 | Protocol 96049B | |
| DX-62 | M-P 00000477 | M-P 00000488 | Letters to participants in Berlex Laboratories Study No. 95049 | |
| DX-63 | SBPL 00604014 | SBPL 00604015 | Memo re Interim Visit | |
| DX-64 | M-P 00000489 | M-P 00000543 | Berlex Laboratories Confidential Investigator's Brochure re Drospirenone and Ethinyl Estradiol | |
| DX-65 | SBPL 00407483 | SBPL 00407506 | Trial Master File 92052 | |
| DX-66 | M-P 00000598 | M-P 00000606 | Informed Consent | |
| DX-67 | SBPL 00076299 | SBPL 00076304 | Investigational New Drug Application for Oral Contraceptive | |

## Bayer Schering Pharma AG v Barr Laboratories
### Barr Laboratories Trial Exhibit List

| Exhibit Number | Bates Number Begin | Bates Number End | Document Description | Bayer Schering Objection |
|---|---|---|---|---|
| DX-68 | | | M. Aulton, Pharmaceutics: The Science of Dosage Form Design, (1988) Chapter 1, page 6; Chapter 9, page 136 | |
| DX-69 | SBPL 02902458 | SBPL 02902468 | Research Report No. 4320/H | |
| DX-70 | SBPL 00102254 | SBPL 00102267 | Yasmin Business Plan | |
| DX-71 | SBPL 02305892 | SBPL 02305899 | 25th Project Team Meeting | |
| DX-72 | SBPL 02314049 | SBPL 02314055 | 27th Project Team Meeting | |
| DX-73 | SBPL 02593384 | SBPL 02593322 | Client Contact Report re Yasmin Concepts for Market Research | 801, 802 -- hearsay not within any exception; this document is not one of Plaintiffs' business records |
| DX-74 | SBPL 02606024 | SBPL 02606025 | Summary re Reporting Data | |
| DX-75 | SBPL 02588858 | SBPL 02588858 | Yasmin Marketing Strategies 2002 | |
| DX-76 | SBPL 02599496 | SBPL 02599497 | E-mail re Kaiser - Yasmin | |
| DX-77 | SBPL 02630480 | SBPL 02630480 | E-mail re Yasmin Best Price | |
| DX-78 | SBPL 02574362 | SBPL 02574364 | Yasmin Pricing Considerations | |
| DX-79 | SBPL 02602331 | SBPL 02602352 | Market Research Information | |
| DX-80 | SBPL 01001196 | SBPL01001202 | Marketing Information | |
| DX-81 | SBPL 02771872 | SBPL 02771872 | Graph re Yasmin Gross and Net Price per Cycle | |
| DX-82 | SBPL 00950919 | SBPL 00950920 | E-Mail re Artwork | |
| DX-83 | SBPL 00923241 | SBPL 00923243 | E-mail re UK Yasmin Study 305043 | |
| DX-84 | SBPL 02591237 | SBPL 02591238 | 2003 Yasmin Incentive Plan | |
| DX-85 | SBPL 02594604 | SBPL 02594604 | E-mail re 2003 Yasmin Target | |
| DX-86 | SBPL 02580793 | SBPL 02580796 | Yasmin 2003 DTC Budget Recap | |
| DX-87 | SBPL 02601967 | SBPL 02601975 | E-mail re Yasmin growth rate changes | |
| DX-88 | SBPL 02577429 | SBPL 02577430 | Contact report | |
| DX-89 | SBPL 02598904 | SBPL 02598904 | E-mail re Yasmin US Outlook | |
| DX-90 | SBPL 02655711 | SBPL 02655711 | Graph re Particle Size Ranges and Assessment | |
| DX-91 | SBPL 02460624 | SBPL 02460630 | Declaration of Funke | |
| DX-92 | | | German Article | |
| DX-93 | | | German Article | |
| DX-94 | SBPL 02419913 | SBPL 02419945 | Working Report No. MK02E010 | |
| DX-95 | SBPL 02301750 | SBPL 02301758 | PCME Technical Exchange Meeting Drospirenone | |

**Bayer Schering Pharma AG v Barr Laboratories**
**Barr Laboratories Trial Exhibit List**

| Exhibit Number | Bates Number Begin | Bates Number End | Document Description | Bayer Schering Objection |
|---|---|---|---|---|
| DX-96 | SBPL 02314714 | SBPL 02314722 | Minutes of the PCME Technical Exchange Meeting on Yasmin 30, DE-00470 | |
| DX-97 | SBPL 00041369 | SBPL 00042261 | Research Report No. 9970 | |
| DX-98 | SBPL 02444743 | SBPL 02444750 | 10th Project Team Meeting | |
| DX-99 | SBPL 02453577 | SBPL 02453584 | 11th Project Team Meeting | |
| DX-100 | SBPL 02444729 | SBPL 02444732 | Minutes of the DRSP-OC Meeting | |
| DX-101 | SBPL 02453554 | SBPL 02453554 | 14th Project Team Meeting | |
| DX-102 | SBPL 00087861 | SBPL 00087975 | Research Report No. 6632 | Defendant's exhibit consists of several documents, well in excess of Research Report 6632; Plaintiffs object to the inclusion of these other unrelated document |
| DX-103 | SBPL 02287828 | SBPL 02287859 | Research Report No. 6737 | |
| DX-104 | SBPL 02797459 | SBPL 02797478 | Research Report No. 7707 | |
| DX-105 | SBPL 00524491 | SBPL 00524548 | Research Report No. 8235 | |
| DX-106 | SBPL 02450241 | SBPL 02450250 | Research Report No. 8855 | |
| DX-107 | SBPL 02555936 | SBPL 02555951 | Research Report No. A892 | |
| DX-108 | SBPL 02555828 | SBPL 02555874 | Research Report No. A376 | |
| DX-109 | SBPL 02285768 | SBPL 02285770 | Status Report | |
| DX-110 | M-P 00000187 | M-P 00000190 | Statement for Correction of Inventorship | |
| DX-111 | M-P 00000182 | M-P 00000183 | Request for Correction of Inventorship | |
| DX-112 | M-P 00002337 | M-P 00002359 | Amendment Related to Inventorship Issues and Formal Matters | |
| DX-113 | M-P 00000098 | M-P 00000102 | Notice of Allowability | |
| DX-114 | SBPL 02556632 | SBPL 02556669 | Working report, "SH T 470 FA Film-coated Tablets Development of Formulation and Manufacturing Process" | |
| DX-115 | SBPL 02264515 | SBPL 02264518 | Minutes of the PCME Working Group Yasmin 30 DE-00470, 22nd meeting | |
| DX-116 | SBPL 01030254 | SBPL 01030259 | Office Action issued by the Examiner from the PTO | |

**Bayer Schering Pharma AG v Barr Laboratories**
**Barr Laboratories Trial Exhibit List**

| Exhibit Number | Bates Number Begin | Bates Number End | Document Description | Bayer Schering Objection |
|---|---|---|---|---|
| DX-117 | M-P 00000968 | M-P 00000979 | Development of a New Tablet Formulation of Theophylline: In Vitro and In Vivo Studies | |
| DX-118 | | | Arias et al., *Dissolution Properties and in vivo Behavior of Triamterene in Solid Dispersions with Polyethylene Glycol*, Pharm-Acta-Helv., 1996, Vol. 71(4), at 229-235. | |
| DX-119 | M-P 00000983 | M-P 00000987 | Shah et al., *Preformulation Study Etoposide; Identification of Physicochemical Characteristics Responsible for the Low and Erratic Oral Bioavailability of Etoposide*, Pharmaceutical Research, May 1989, Vol. 6, at 408-412. | |
| DX-120 | | | Berlin et al., *Phase I and Pharmacokinetic Study of Micronized Formulation of Carboxyamidotriazole, a Calcium Signal Transduction Inhibitor: Toxicity, Bioavailability and the Effect of Food*, Clinical Cancer Research, 2002, Vol. 8(1), at 86-94 | |
| DX-121 | | | Carlson et al., *Efficacy and Safety of Reformulated, Micronized Glyburide Tablets in Patients with Non-Insulin Dependent Diabetes Mellitus; a Multicenter, Double-blind, Randomized Trial*, Clinical Therapeutics, 1993, Vol. 15(5), at 788-96 | |
| DX-122 | | | Duclos et al., *About a Pharmacokinetic Study of Progesterone in Comelts*, Eur. J. Metab. Pharmacokinetic, 1990, Vol. 15(2), Suppl. Abstr. at 226 | |

**Bayer Schering Pharma AG v Barr Laboratories**
**Barr Laboratories Trial Exhibit List**

| Exhibit Number | Bates Number Begin | Bates Number End | Document Description | Bayer Schering Objection |
|---|---|---|---|---|
| DX-123 | | | Fell et al., *Bioavailability of Griseofulvin from a Novel Capsule Formulation*, The Journal of Pharmacy and Pharmacology, 1978, Vol. 30(8), at 479-82 | |
| DX-124 | | | Froemming et al., *Lyophilized Preparations of Griseofulvins*, 2nd Communication, In vivo Release, Abstract of Pharm. Ind., 1986, Vol. 48(7), at 837-40 | No objection to actual prior art reference; 801, 802, 901, Plaintiffs object to uncertified English translation attached to German prior art reference. |
| DX-125 | | | Hartmann et al., *Comparison of Galenic Formulations of Orlistat (Tetrahydrolipstatin), A Pharmacological Approach*, Abstract of Drug Investigation, 1983, Vol. 5(1), at 44-50 | |
| DX-126 | | | Kohno et al., *Pharmacokinetics and Bioavailability of Diltiazem*, Abstract of Arzneimittel Forschung, 1977, Vol. 27(7), at 1424-1428 | |
| DX-127 | | | PubMed Abstract: GA McClelland et al., *The Solubility-modulated Osmotic Pump: In vitro/in vivo release of Diltiazem Hydrochloride*, 8(1):88-92 (Jan. 1991) | |
| DX-128 | SBPL 02525183 | SBPL 02525226 | Clinical Study Proposal No. 307286 | |
| DX-129 | SBPL 02828657 | SBPL 02828657 | E-mail re Updated EURAS data | |
| DX-130 | SBPL 00266619 | SBPL 00266620 | Cumulative analysis of case reports | |
| DX-131 | SBPL 02869171 | SBPL 02869171 | E-mail regarding Yasmin global case assessment | |
| DX-132 | SBPL 02907170 | SBPL 02907172 | E-mail re adverse reactions with Yasmin | |
| DX-133 | SBPL 00027261 | SBPL 00027265 | Research Report No. AM90 | |

**Bayer Schering Pharma AG v Barr Laboratories**
**Barr Laboratories Trial Exhibit List**

| Exhibit Number | Bates Number Begin | Bates Number End | Document Description | Bayer Schering Objection |
|---|---|---|---|---|
| DX-134 | | | Shulman LP, *Compliance and Contraception: Sharing Responsibility for Improving Outcomes*, The Female Patient, October 1997; 16-20 | |
| DX-135 | | | Peterson et al., *Women's Efforts to Prevent Pregnancy: Consistency of Oral Contraceptive Use*, Family Planning Perspective 30(1):19-23 (Jan./Feb. 1998). | |
| DX-136 | | | Nikki B. Zite & Lee P.Shulman, *New Options in Contraception for Teenagers*, Current Opinion in Obstetrics and Gynecology 15:385-389 (2003). | |
| DX-137 | | | Redmond GP et al., *Norgestimate and Ethinyl Estradiol in the Treatment of Acne Vulgaris: a Randomized, Placebo-Controlled Trial,* Obstet Gynecol. 1997; 89 (4): 615-22 | |
| DX-138 | | | 21 CFR 312.21 | 401, 402, 403 -- the CFR is not evidence, the Court can take judicial notice of statutes and regulations |
| DX-139 | SBPL 00450717 | SBPL 00450717 | Volunteer followup results re trial number 92052 | |
| DX-140 | SBPL 00091383 | SBPL 00091384 | Research Report No. 9692 | |

## Bayer Schering Pharma AG v Barr Laboratories
## Barr Laboratories Trial Exhibit List

| Exhibit Number | Bates Number Begin | Bates Number End | Document Description | Bayer Schering Objection |
|---|---|---|---|---|
| DX-141 | | | E-mail re 30(b)(6) designees | 401, 402, 403 -- correspondence between counsel is not relevant to any claim or defense in this case; remainder of exhibit is Study Report 7797, which Defendant has already identified as a trial exhibit and is not connected with DX 141 in any respect |
| DX-142 | SBPL 03501537 | SBPL 03501558 | Tack lecture re "Studies on pH-Dependent Isomerization of pregnene-17 21-Carbolactones-Are Gastric - Juice-Resistant Dosage Forms Necessary?" | |
| DX-143 | SBPL 02415809 | SBPL 02415818 | Testing standard for stability testing of clinical service forms (coated tablets) | |
| DX-144 | SBPL 02293918 | SBPL 02293957 | Research Study No. 92/127 | |
| DX-145 | SBPL 00017912 | SBPL 00017951 | Research Report No. 4417 | Exhibit is incomplete, missing pages |
| DX-146 | SBPL 02451350 | SBPL 02451353 | Minutes of the Second Meeting of the DHSP Project Team | |
| DX-147 | BARR-DR-184529 | BARR-DR-184532 | Amendment to FDA re ANDA 77-527 for Drospirenone and Ethinyl estradiol tablets 3.0 mg/0.03 mg 28 Day Regimen | 401, 402, 403 -- Defendant has stipulated to infringement, therefore Defendant's internal documentation regarding its generic product are not relevant |

**Bayer Schering Pharma AG v Barr Laboratories**
**Barr Laboratories Trial Exhibit List**

| Exhibit Number | Bates Number Begin | Bates Number End | Document Description | Bayer Schering Objection |
|---|---|---|---|---|
| DX-148 | BARR-DR-184710 | BARR-DR-184718 | The Weinberg Group Inc. report re Audit of Bioequivalence Studies submitted for 3 mg Drospirenone/0.030 mg Ethinyl Estradiol Tablets (ANDA 77-527) | 401, 402, 403 -- Defendant has stipulated to infringement, therefore Defendant's internal documentation regarding its generic product are not relevant |
| DX-149 | BARR-DR-184637 | BARR-DR-184667 | Appendix A-Bioanalytical Study Audit Checklists | 401, 402, 403 -- Defendant has stipulated to infringement, therefore Defendant's internal documentation regarding its generic product are not relevant |
| DX-150 | BARR-DR-184668 | BARR-DR-184700 | Appendix B-Standard Operating Procedures Reviewed for Drospirenone/EthinylEstradiol tablets | 401, 402, 403 -- Defendant has stipulated to infringement, therefore Defendant's internal documentation regarding its generic product are not relevant |
| DX-151 | BARR-DR-184701 | BARR-DR-184703 | Appendix C-Summary of Batch reject/Reassay Data for Drospirenone Method Validation, Fed and Fasted Studies AA06362-CPL (Fed) and AA6355-CPJ (Fasted) | 401, 402, 403 -- Defendant has stipulated to infringement, therefore Defendant's internal documentation regarding its generic product are not relevant |

**Bayer Schering Pharma AG v Barr Laboratories**
**Barr Laboratories Trial Exhibit List**

| Exhibit Number | Bates Number Begin | Bates Number End | Document Description | Bayer Schering Objection |
|---|---|---|---|---|
| DX-152 | BARR-DR-033552 | BARR-DR-033555 | Tab 9 of Barr's ANDA | 401, 402, 403 -- Defendant has stipulated to infringement, therefore Defendant's internal documentation regarding its generic product are not relevant |
| DX-153 | SBPL 00076331 | SBPL 00076334 | Letter re IND No. 51,693 Submission | |
| DX-154 | BARR-DR-037000 | BARR-DR-037013 | Letter to Berlex Laboratories and Schering | 401, 402, 403; 801, 802 -- Defendant's ANDA (iv) notice letter is not relevant, also inadmissible hearsay |
| DX-155 | SBPL 00710845 | SBPL 00710854 | Berlex letter to the FDA re IND 51,693 | |
| DX-156 | SBPL 00101997 | SBPL 00102030 | Annual report filed with FDA re IND 51,693 | |
| DX-157 | SBPL 00263112 | SBPL 00263114 | Letter to the FDA re NDA 21-098 | |
| DX-158 | SBPL 00429221 | SBPL 00429266 | Research Report A892 | |
| DX-159 | SBPL 03501725 | SBPL 03501734 | Information Disclosure Statement to PTO | |
| DX-160 | | | Robert Burtner, *Structure-Activity Relationships of Some Aldosterone Antagonists, Hormonal Steroids, Biochemistry, Pharmacology and Therapeutics: Proceedings of the First International Congress on Hormonal Steroids*, 2:31-41 (1965) | |
| DX-161 | | | G.T. McInnes, *Effect of Micronization on the Bioavailability and Pharmacologic Activity of Spironolactone*, Journal of Clinical Pharmacology, August-September 1982, Vol. 22(8-9), at 410-17. | |
| DX-162 | | | U.S. Patent No. 4,904,462 | |

## Bayer Schering Pharma AG v Barr Laboratories
## Barr Laboratories Trial Exhibit List

| Exhibit Number | Bates Number Begin | Bates Number End | Document Description | Bayer Schering Objection |
|---|---|---|---|---|
| DX-163 | | | U.S. Patent No. 6,121,465 | |
| DX-164 | | | Basic Information for the Chemical Prorenone | 801, 802 -- inadmissible hearsay |
| DX-165 | | | Joseph A. DiMasi, Ronald Hansen, Henry G. Grabowski, *The Price of Innovation: New Estimates of Drug Development Costs*, 22 Journal Health Economics 151-185 (2003). | 801, 802 -- inadmissible hearsay |
| DX-166 | | | Jim Gilbert, Preston Henske and Ashish Singh, Bain & Co, *Rebuilding Big Pharma's Business Model*, IN VIVO Vol. 21., No. 10, November 2003. | 801, 802 -- inadmissible hearsay |
| DX-167 | | | U.S. Patent No. 4,012,497 | |
| DX-168 | | | U.S. Patent No. 4,230,686 | |
| DX-169 | | | Overview of the Hatch-Waxman Act | 801, 802 -- inadmissible hearsay; this is an article authored by one of Defendant's experts, it cannot be used to prove the truth of what it asserts |
| DX-170 | | | IMS TRx Data | 801, 802 -- hearsay not within any exception; this document is not one of Plaintiffs' business records, but was prepared by Defendant's expert |
| DX-171 | | | IMS Prescription Data | 801, 802 -- hearsay not within any exception; this document is not one of Plaintiffs' business records, but was prepared by Defendant's expert |

**Bayer Schering Pharma AG v Barr Laboratories**
**Barr Laboratories Trial Exhibit List**

| Exhibit Number | Bates Number Begin | Bates Number End | Document Description | Bayer Schering Objection |
|---|---|---|---|---|
| DX-172 | | | Spreadsheet re Sales 2001 - 2006 | 801, 802 -- hearsay not within any exception; this document is not one of Plaintiffs' business records, but was prepared by Defendant's expert |
| DX-173 | | | Spreadsheet re Berlex Laboratories Produce Contribution Margin Statement | 801, 802 -- hearsay not within any exception; this document is not one of Plaintiffs' business records, but was prepared by Defendant's expert |
| DX-174 | | | Spreadsheet re Yasmin Detailing Costs 2001 - 2007 | 801, 802 -- hearsay not within any exception; this document is not one of Plaintiffs' business records, but was prepared by Defendant's expert |
| DX-175 | | | Spreadsheet re Retail Value of Samples | 801, 802 -- hearsay not within any exception; this document is not one of Plaintiffs' business records, but was prepared by Defendant's expert |
| DX-176 | | | Spreadsheet re Direct-to-Consumer Advertising | 801, 802 -- hearsay not within any exception; this document is not one of Plaintiffs' business records, but was prepared by Defendant's expert |

**Bayer Schering Pharma AG v Barr Laboratories**
**Barr Laboratories Trial Exhibit List**

| Exhibit Number | Bates Number Begin | Bates Number End | Document Description | Bayer Schering Objection |
|---|---|---|---|---|
| DX-177 | | | Spreadsheet re Yasmin promotional Expenses 2000 - 2007 | 801, 802 -- hearsay not within any exception; this document is not one of Plaintiffs' business records, but was prepared by Defendant's expert |
| DX-178 | SBPL 00267443 | SBPL 00267445 | FDA Meeting Minutes | |
| DX-179 | SBPL 00205221 | SBPL 00205222 | FDA Meeting Minutes | |
| DX-180 | SBPL 00263512 | SBPL 00263513 | FDA Meeting Minutes | |
| DX-181 | SBPL 00263397 | SBPL 00263398 | FDA Meeting Minutes | |
| DX-182 | SBPL 00076363 | SBPL 00076364 | FDA Contact Report | |
| DX-183 | SBPL 00076354 | SBPL 00076359 | FDA Contact Report | |
| DX-184 | SBPL 00076351 | SBPL 00076353 | FDA Contact Report | |
| DX-185 | SBPL 00076345 | SBPL 00076347 | FDA Contact Report | |
| DX-186 | SBPL 00076336 | SBPL 00076336 | FDA Contact Report | |
| DX-187 | SBPL 00076642 | SBPL 00076661 | FDA Contact Report | |
| DX-188 | SBPL 00076622 | SBPL 00076623 | FDA Contact Report | |
| DX-189 | SBPL 00076561 | SBPL 00076567 | FDA Contact Report | |
| DX-190 | SBPL 00076524 | SBPL 00076524 | FDA Contact Report | |
| DX-191 | SBPL 00264912 | SBPL 00264912 | FDA Contact Report | |
| DX-192 | SBPL 00264911 | SBPL 00264911 | FDA Contact Report | |
| DX-193 | SBPL 00685751 | SBPL 00685805 | Investigator's Brochure | |
| DX-194 | SBPL 00000341 | SBPL 00000569 | Yasmin NDA Summary | |
| DX-195 | SBPL 00000082 | SBPL 00000084 | NDA Cover Letter | |
| DX-196 | SBPL 00041727 | SBPL 00041824 | Yasmin NDA: Integrated Summary of Efficacy | |
| DX-197 | SBPL 02775917 | SBPL 02775923 | K.S. Parsey and A. Pong, *An Open-Label Multicenter Study to Evaluate Yasmin, and Low-Dose Combination Oral Contraceptive Containing Drospirenone, a New Progestogen*, Contraception, 2000;61:105-111 | 801, 802 -- hearsay not within any exception |
| DX-198 | SBPL 00479328 | SBPL 00479330 | Letter from FDA | |
| DX-199 | | | Robert E. Notari, Biopharmaceutics & Clinical Pharmacokinetics, 123-124 (3d ed. 1980) | |
| DX-200 | | | Hardy et al., Drug Delivery to the Gastrointestinal Tract, 83-96 (1989) | |

## Bayer Schering Pharma AG v Barr Laboratories
## Barr Laboratories Trial Exhibit List

| Exhibit Number | Bates Number Begin | Bates Number End | Document Description | Bayer Schering Objection |
|---|---|---|---|---|
| DX-201 | | | US Pharmacopeia 1790-99 (23 revision 1995) | |
| DX-202 | | | Clive G. Wilson & Neena Washington, *Physiological Pharmaceutics: Biological Barrier to Drug Absorption,* 47-70 (1989) | |
| DX-203 | | | S. S. Davis, I. 0. Hardy, and J. W. Fara, *Transit of Pharmaceutical Dosage Forms Through the Small Intestine ,* Gut, 27, 886-892, 889 (1986). | |
| DX-204 | SBPL 02087480 | SBPL 02087627 | Working Report LY76 | |
| DX-205 | SBPL 02401763 | SBPL 02401797 | Working Report KE 84 | |
| DX-206 | SBPL 02086580 | SBPL 02086630 | Working Report KQ91E020 | |
| DX-207 | SBPL 00099668 | SBPL 00099668 | FDA Meeting Minutes | Exhibit is incomplete, missing pages |
| DX-208 | | | U.S. Patent No. 5,084,277 | |
| DX-209 | | | U.S. Patent No. 5,116,619 | |
| DX-210 | | | Fotherby, K., "*Bioavailability of Orally Administered Sex Steroids Used in Oral Contraception and Hormone Replacement Therapy,*" Contraception, No. 54, pp.59-69, Elsevier Science, Inc., 1996 | |
| DX-211 | | | Ulrike Fuhrmann, et al., "*The Novel Progestin Drospirenone and its Natural Counterpart Progesterone: Biochemical Profile and Antiandrogenic Potential ,*" Contraception, Vol. 54, 243-251, 1996 | |
| DX-212 | | | U.S. Patent No. 4,196,188 | |
| DX-213 | | | Wayne S. Maxson, Joel T. Hargrove, "*Bioavailability of Oral Micronized Progesterone ,*" Fertility and Sterility, Vol. 44, No. 5, 822-26, 1985. | |
| DX-214 | | | U.S. Patent No. 3,146,244 | |
| DX-215 | | | WO 95/17194 (US 5,583,129) | |
| DX-216 | | | WO 95/26730 (US 5,756,490) | |
| DX-217 | | | U.S. Patent No. 5,827, 843 | |

**Bayer Schering Pharma AG v Barr Laboratories**
**Barr Laboratories Trial Exhibit List**

| Exhibit Number | Bates Number Begin | Bates Number End | Document Description | Bayer Schering Objection |
|---|---|---|---|---|
| DX-218 | | | WO 98/27929 | |
| DX-219 | | | National Formulary 1799-1951 (18th ed. 1995) | |
| DX-220 | M-P 00002328 | M-P 00002328 | Interview Summary for 4/6/2004 | |
| DX-221 | M-P 00000025 | M-P 00000039 | Fax re Form 1449 and list of claims | |
| DX-222 | M-P 00000133 | M-P 00000149 | Fax re Patent Application No. 09/654,227 | |
| DX-223 | SBPL 03500665 | SBPL 03500669 | PubMED for Shah Prior Art Reference | |
| DX-224 | SBPL 03500450 | SBPL 03500464 | Schering Document from Information Services and Library 7/22/2002 | |
| DX-225 | SBPL 03500648 | SBPL 03500659 | Montel et al., *Development of a New Tablet Formulation o Theophylline; In vitro and in vivo Studies,* Drug Development and Industrial Pharmacy, 1983, Vol. 9(3), at 399-420. | |
| DX-226 | SBPL 03501165 | SBPL 03501169 | Kohno et al., *Pharmacokinetics and bioavailability of diltiazem,* Abstract of *Arzneimittel Forschung*, 1977, Vol. 27(7), at 1424-1428. | |
| DX-227 | | | P. Muhn et al., *Drospirenone: A Novel Progestogen with Antimineral-corticoid and Antiandrogenic Activity*. Contraception. 1995; 51:99-110. | |
| DX-228 | | | M.J. Rosenberg et al., *Compliance, Counseling and Satisfaction with Oral Contraceptives: A Prospective Evaluation, Family Planning Perspectives* 1998: 30(2): 89-92 & 104 | |
| DX-229 | | | M.J. Rosenberg and M.S., Waugh, *Oral Contraceptive Discontinuation: A prospective Evaluation of Frequency and Reasons*. Am J. Obstet. Gynecol. 1998; 179:577-82 | |

## Bayer Schering Pharma AG v Barr Laboratories
## Barr Laboratories Trial Exhibit List

| Exhibit Number | Bates Number Begin | Bates Number End | Document Description | Bayer Schering Objection |
|---|---|---|---|---|
| DX-230 | | | M. Rosenberg et al., *Use and Misuse of Oral Contraceptives: Risk Indicators for Poor Pill Taking and Discontinuation*, Contraception 1995; 51:283-88 | |
| DX-231 | | | D. Grimes and K. Schulz, *Surrogate end Points in Clinical Research: Hazardous to Your Health*. Obstetrics & Gynecology. May 2005; 105(5): 1114-1118 | |
| DX-232 | | | J. Goldzieher and S. Brody, *Pharmacokinetics of Ethinyl Estradiol and Mestranol*, Am. J. Obstet. & Gynecol. 1990; 163(6): 2114-19 | |
| DX-233 | | | W. Moster and C. Bachrach, *Understanding U.S. Fertility: Continuity and Change in the National Survey of Family Growth, 1988-1995*, Family Planning Perspectives 1996; 28:4-12; | |
| DX-234 | | | T.O. Dieben et al. Efficacy, *Cycle Control, and User Acceptability of a Novel Combined Contraceptive Vaginal Ring. Women's Efforts to Prevent Pregnancy: Consistency of Oral Contraceptive Use,* Family Planning Perspectives. 1998; 30(1): 19-23 | |
| DX-235 | SBPL 03500853 | SBPL 3500853 | Study Initiation Visit Report | |
| DX-236 | SBPL 00090500 | SBPL 00090627 | Study No. 9776 | |
| DX-237 | SBPL 00089793 | SBPL 00090215 | Study No. A470 | |
| DX-238 | SBPL 00088054 | SBPL 00089248 | Study No. 9274 | |
| DX-239 | SBPL 00022666 | SBPL 00023055 | Study No. AE91 | |
| DX-240 | SBPL 00038470 | SBPL 00039354 | Study No. AG44 | |
| DX-241 | SBPL 00028061 | SBPL 00029032 | Study No. AH37 | |
| DX-242 | SBPL 00014281 | SBPL 00015088 | Study No. AI98 | |
| DX-243 | SBPL 00014767 | SBPL 00015168 | Study No. AI99 | |
| DX-244 | SBPL 00029762 | SBPL 00030990 | Study No. AM91 | |
| DX-245 | SBPL 00023518 | SBPL 00024576 | Study No. AL84 | |

**Bayer Schering Pharma AG v Barr Laboratories**
**Barr Laboratories Trial Exhibit List**

| Exhibit Number | Bates Number Begin | Bates Number End | Document Description | Bayer Schering Objection |
|---|---|---|---|---|
| DX-246 | SBPL 00027259 | SBPL 00028060 | Study No. AM90 | |
| DX-247 | SBPL 00029034 | SBPL 00029761 | Study No. AM80 | |
| DX-248 | SBPL 02404120 | SBPL 02404120 | Study Report A370 | Exhibit is incomplete, missing pages |
| DX-249 | | | William E. Evans, Applied Pharmacokinetics: Principles of Therapeutic Drug Monitoring 20-34 (3d ed. 1992) | |
| DX-250 | | | German Patent DE 3022337 (English version) | |
| DX-251 | | | U.S. Patent No. 4,927,816 | |
| DX-252 | | | Melgardt M. De Villiers, *Influence of Cohesive Properties of Micronized Drug Powders on Particle Size Analysis*, Journal of Pharmaceutical & Biomedical Analysis, Vol. 13, No. 3, 191-198, 1995 | |
| DX-253 | | | U.S. Patent No. 4,826,831 | |
| DX-254 | | | U.S. Patent Application No. 08/535,402 | |
| DX-255 | | | Edward R. Garrett, Chong Min Won, *Prediction of Stability in Pharmaceutical Preparations XVI: Kinetics of Hydrolysis of Canrenone and Lactonization of Canrenoic Acid*, Journal of Pharmaceutical Sciences, Vol. 60, No. 12, 1801-09, 1971 | |
| DX-256 | M-P 00000858 | M-P 00000858 | Opposition to European Patent, August 19, 2004 | Exhibit is incomplete, missing pages |
| DX-257 | BARR-DR-025580 | BARR-DR-025589 | H. Hess, et al., *Mischversuche mit Nieder Dosierten Wirkstoffen und Verschiedenen Exzipientien*, Acta Pharmaceutica Technologica, Vol. 21, No. 4, 245-254, 1994 | |

**Bayer Schering Pharma AG v Barr Laboratories**
**Barr Laboratories Trial Exhibit List**

| Exhibit Number | Bates Number Begin | Bates Number End | Document Description | Bayer Schering Objection |
|---|---|---|---|---|
| DX-258 | SBPL 00541285 | SBPL 00541292 | U. Gaspard, et al., *A Randomized Study over 13 Cycles to Assess the Influence of Oral Contraceptives Containing Ethinylestradiol Combined with Drospirenone or Desogestrel on Carbohydrate Metabolism*, Contraception, An International Journal, Vol. 67, Number 6, 2003, 423-429 | 801, 802 -- hearsay, document is not prior art |
| DX-259 | | | Physician's Desk Reference, (50th ed. 1996) | |
| DX-260 | | | Leon Lachman, Herbert A. Lieberman, Joseph L. Kanig, "The Theory and Practice of Industrial Pharmacy," (2d ed. 1976) | |
| DX-261 | | | Leon Lachman, Herbert A. Lieberman, Joseph L. Kanig, "The Theory and Practice of Industrial Pharmacy," (3d ed. 1986) | |
| DX-262 | | | "Encyclopedia of Pharmaceutical Technology" (James Swarbrick & James C. Boylan eds., vol. 4, 1991) | |
| DX-263 | | | J. Haleblian, et. al., *Steroid Release from Silicone Elastomer Containing Excess Drug in Suspension*, Journal of Pharmaceutical Sciences, Vol. 60, No. 4, 541-45, 1971 | |
| DX-264 | | | Ang, et. al., *Radionuclide Measurement of Liquid and Solid Gastric Emptying in Normal Subjects in Singapore,* Ann Acad Med Singapore, 1986 Oct;15(4):511-5. | |
| DX-265 | | | Dr. H. Hess et al., *Mixing Experiments with Low Dosed Active Ingredients and Various Excipients*, Acta Pharmaceutica Technologica, 1975, Vol. 21(4), at 245-54. | |

**Bayer Schering Pharma AG v Barr Laboratories**
**Barr Laboratories Trial Exhibit List**

| Exhibit Number | Bates Number Begin | Bates Number End | Document Description | Bayer Schering Objection |
|---|---|---|---|---|
| DX-266 | BARR-DR-025590 | BARR-DR-025596 | N.H. Shah et al., *Strategies in the Development of a Tablet Formulation of a Poorly Soluble Drug for Double-Blind Clinical Studies*, Pharmaceutical Technology, September 1994, at 152-60. | |
| DX-267 | | | J.C. Shah et al., *Preformulation Study of Etoposide: II Increased Solubility and Dissolution Rate by Solid-Solid Dispersions*, International Journal of Pharmaceutics, 1995, Vol. 113, at 103-11. | |
| DX-268 | | | Brazilian Patent Application No. 0014159-3, English Translation, at 553-58. | 801, 802, 901 -- No certification for the English translation |
| DX-269 | | | Brazilian Patent Application No. 0014159-3, English Translation, at 494-513. | 801, 802, 901-- No certification for the English translation |
| DX-270 | | | Brazilian Patent Application No. 0014159-3, English Translation, at 483-89. | 801, 802, 901 -- No certification for the English translation |
| DX-271 | | | Brazilian Patent Application No. 0014159-3, English Translation, at 447-57. | 801, 802, 901-- No certification for the English translation |
| DX-272 | | | Brazilian Patent Application No. 0014159-3, English Translation, at 434-40. | 801, 802, 901 -- No certification for the English translation |
| DX-273 | SBPL 02666823 | SBPL 02666883 | Masterplan (Version Feb. 1997) | |
| DX-274 | SBPL 02400075 | SBPL 02400096 | Minutes of the 5th Meeting of the DRSP Team | |
| DX-275 | SBPL 02413091 | SBPL 02413100 | Correspondence from Sharon Brown to Dr. Lisa Rarick | |
| DX-276 | SBPL 02400396 | SBPL 02400403 | Minutes from the 3rd Meeting of DRSP Team | . |
| DX-277 | SBPL 02421792 | SBPL 02421844 | Masterplan (Version Aug. 95) | |
| DX-278 | SBPL 02399910 | SBPL 02399914 | 7th Project Team Meeting | |
| DX-279 | SBPL 02400206 | SBPL 02400209 | Memo re Minutes - OC Project Team Meeting & DRSP Meeting with Dr. Heithecker | |

**Bayer Schering Pharma AG v Barr Laboratories**
**Barr Laboratories Trial Exhibit List**

| Exhibit Number | Bates Number Begin | Bates Number End | Document Description | Bayer Schering Objection |
|---|---|---|---|---|
| DX-280 | SBPL 00450714 | SBPL 00450720 | Monitoring Interim Visit Report for Trial No. 92052 | |
| DX-281 | SBPL 00605103 | SBPL 00605104 | Agreement between Dr. Ellman/Berlex and study investigator (Dr. Henry) | |
| DX-282 | | | Guidance for Industry, "Waiver of In Vivo Bioavailability and Bioequivalence Studies for Immediate-Release Solid Oral Dosage Forms Based on a Biopharmaceutics Classification System", August 2000, p. 2 | 801, 802 -- hearsay, document is not prior art |
| DX-283 | | | HighBeam Research, "Women lean toward benefits of Yasmin birth-control pill" Chicago Tribune (Chicago, IL), February 21, 2003, Byline: Wendy Navratil http://www.highbeam.com/DocPrint.aspx?DocId=1G1:119480305 | |
| DX-284 | | | HighBeam Research, "Oh, the irony: The Pill sometimes slows libido" Chicago Sun-Times, December 10, 2004, by Lauren Streicher http://www.highbeam.com/DocPrint.aspx?DocId=1P2:1558356 | |
| DX-285 | | | HighBeam Research, "Weight-weary women flock to new Pill" Chicago Sun-Times, October 8, 2002, by Anne Marie Chaker http://www.highbeam.com/DocPrint.aspx?DocId=1P2:1457623 | |
| DX-286 | | | HighBeam Research, "First Oral Contraceptive With New Class of Progestin, YASMIN(R), Now Available in Pharmacies." PR Newswire, June 21, 2001 http://www.highbeam.com/DocPrint.aspx?DocId=1G1:75707729 | |

**Bayer Schering Pharma AG v Barr Laboratories**
**Barr Laboratories Trial Exhibit List**

| Exhibit Number | Bates Number Begin | Bates Number End | Document Description | Bayer Schering Objection |
|---|---|---|---|---|
| DX-287 | | | HighBeam Research, "Two Serotonergic Antidepressants, Novel OC Promising for PMS, PMDD." OB GYN News, July 1, 2001, by Kathryn Demott http://www.highbeam.com/DocPrint.aspx?DocId=1G1:76877649 | |
| DX-288 | | | HighBeam Research, "Novel OCs May Ease Menses Symptoms. (oral contraceptives)" Clinical Psychiatry News, July 1, 2001, by Kathryn Demott http://www.highbeam.com/DocPrint.aspx?DocId=1G1:77875255 | |
| DX-289 | | | HighBeam Research, "Why all the hype about the new Yasmin pill?" (Cosmo Gyno). (mild diuretic may cause some weight losss) (Brief Article) Cosmopolitan, April 1, 2003, by Rachel Grumman http://www.highbeam.com/DocPrint.aspx?DocId=1G1:100544412 | |
| DX-290 | | | HighBeam Research, "Birth control/weight-loss pill." (Expert Advice on Health and Fitness). (Yasmin new contraceptive seems to contribute to weight loss) (Brief Article) Ebony, December 1, 2002 http://www.highbeam.com/DocPrint.aspx?DocId=1G1:97729811 | |
| DX-291 | | | MedicineNet.com http://www.medicinenet.com/script/main/art.asp?articlekey=892&pf=3&page=1 | 801, 802 -- hearsay, document is not prior art |
| DX-292 | | | "Berlex Laboratories Announces FDA approval of YASMIN®, new oral contraceptive with unique progestin', Berlex press release May 14, 2001, reprinted in Science Blog, May 2001, Porter Novelli, http://scienceblog.com/community/older2001/C200113918.html. | 801, 802 -- hearsay, document is not prior art |

**Bayer Schering Pharma AG v Barr Laboratories**
**Barr Laboratories Trial Exhibit List**

| Exhibit Number | Bates Number Begin | Bates Number End | Document Description | Bayer Schering Objection |
|---|---|---|---|---|
| DX-293 | | | http://www.fda.gov/ceder/warn/2003/11730.pdf. | 401, 402, 403 -- irrelevant to any claim or defense at issue; prejudicial against Plaintiffs |
| DX-294 | SBPL 01006163 | SBPL 01006322 | Schering Annual Report 2003 | |
| DX-295 | SBPL 01007305 | SBPL 01007460 | Schering Annual Report 2004 | |
| DX-296 | SBPL 01006808 | SBPL 01006962 | Schering Annual Report 2002 | |
| DX-297 | SBPL 02447195 | SBPL 02447204 | 19th Project Team Meeting | |
| DX-298 | SBPL 02580785 | SBPL 02580788 | FDA Letter on Yasmin Promotion | |
| DX-299 | SBPL 02588858 | | Table for Yasmin Marketing Strategies 2002 | |
| DX-300 | SBPL 02590637 | SBPL 02590659 | Yasmin Pro-Forma: Aggressive Scenario | |
| DX-301 | SBPL 02590709 | SBPL 02590716 | Yasmin Pro-Forms Tactical Details | |
| DX-302 | SBPL 02602540 | SBPL 02602542 | Yasmin DTC TV Q&A | |
| DX-303 | SBPL 02630472 | SBPL 02630479 | Yasmin Net Sales 3 months/6 months Post-Launch | |
| DX-304 | SBPL 02600240 | SBPL 02600242 | Correspondence between Dr. P. Schewe and Don Atkinson | |
| DX-305 | SBPL 02615974 | SBPL 02615978 | Southeast Area Business Plan 2005 | |
| DX-306 | SBPL 01007741 | SBPL 01007751 | Schering considerations for investing in American Depositary Receipts | |
| DX-307 | SBPL 02631760 | SBPL 02631770 | Yasmin Campaign Tracking and Reporting Data (2004) | |
| DX-308 | SBPL 02578678 | SBPL 02578691 | Yasmin Agency Briefing | |
| DX-309 | SBPL 02672574 | SBPL 02672577 | FHC West 2001 Yasmin Business Plan | |
| DX-310 | SBPL 02672083 | SBPL 02672204 | Presentation re DRSP-OC 2004 Business Plan | |
| DX-311 | SBPL 02634252 | SBPL 02634257 | 2003 E07 District Business Plan (Sacramento District) | |
| DX-312 | SBPL 02305854 | SBPL 02305863 | OHS from Project Team Meeting from J. Frick | |
| DX-313 | SBPL 00075827 | SBPL 00075837 | 24th Project Team Meeting | |
| DX-314 | SBPL 02574362 | SBPL 02574364 | Yasmin Pricing Considerations | |
| DX-315 | SBPL 02589265 | SBPL 02589269 | Sample Advertisement | |
| DX-316 | SBPL 02600321 | | Email re Price Recommendation for Yasmin | |
| DX-317 | SBPL 02601966 | | Email re Yasmin Average Net Price 2003 | |
| DX-318 | SBPL 02631131 | SBPL 02631132 | Email re Yasmin Pricing | |

### Bayer Schering Pharma AG v Barr Laboratories
### Barr Laboratories Trial Exhibit List

| Exhibit Number | Bates Number Begin | Bates Number End | Document Description | Bayer Schering Objection |
|---|---|---|---|---|
| DX-319 | SBPL 02602593 | | Recommended Price Increase for Yasmin Fact Sheet | |
| DX-320 | SBPL 02611777 | SBPL 02611961 | Excerpt from EURAS report for Case Number 1000327010 | |
| DX-321 | SBPL 02613821 | | Email re Yasmin price increase | |
| DX-322 | SBPL 02629482 | | Email re Yasmin price increase recommendation | |
| DX-323 | SBPL 02629669 | SBPL 02629669 | Email re Yasmin year end | |
| DX-324 | SBPL 02630480 | | Email re Yasmin best price | |
| DX-325 | SBPL 02633074 | SBPL 02633085 | Berlex Executive Summary for 1/2003 | |
| DX-326 | SBPL 02632940 | SBPL 02632948 | Berlex Executive Summary for 5/17/2002 | |
| DX-327 | SBPL 02631397 | SBPL 02631399 | NHA Managed Care Focus Spring 2002 | 801, 802 -- hearsay not within any objection, this document is not one of Plaintiffs' business records |
| DX-328 | SBPL 02570916 | SBPL 02570940 | Yasmin NHA Update | 801, 802 -- hearsay not within any objection, this document is not one of Plaintiffs' business records |
| DX-329 | SBPL 02634544 | SBPL 02634555 | Berlex Executive Summary for 3/2003 | |
| DX-330 | SBPL 02574341 | SBPL 02574343 | Key Findings from Yasmin's Advisory Board Meeting | |
| DX-331 | SBPL 02629033 | SBPL 02629036 | Email re Kaiser Conference Call | |
| DX-332 | SBPL 02599683 | SBPL 02599736 | Kaiser net sales | |
| DX-333 | SBPL 02571783 | SBPL 02571790 | Yasmin Launch Review | |
| DX-334 | SBPL 02577153 | SBPL 02577163 | Yasmin Forecasting Model | |
| DX-335 | SBPL 02577164 | | Yasmin Forecast Numbers (2001-2003) | |
| DX-336 | SBPL 02577189 | SBPL 02577202 | Yasmin's Managed Care Plans | |
| DX-337 | SBPL 02577261 | SBPL 02577262 | NHA Plan for Yasmin | 801, 802 -- hearsay not within any objection, this document is not one of Plaintiffs' business records |

**Bayer Schering Pharma AG v Barr Laboratories**
**Barr Laboratories Trial Exhibit List**

| Exhibit Number | Bates Number Begin | Bates Number End | Document Description | Bayer Schering Objection |
|---|---|---|---|---|
| DX-338 | SBPL 02577399 | SBPL 02577409 | Yasmin's Plan Forecast Model | |
| DX-339 | SBPL 02588859 | SBPL 02588914 | Yasmin-"Where are we today?" Presentation | |
| DX-340 | SBPL 02638856 | SBPL 02638858 | Berlex Labs January Operations Commentary | |
| DX-341 | SBPL 01006554 | SBPL 01006586 | Business Treads: Schering AG Group | |
| DX-342 | SBPL 02570528 | SBPL 02570541 | Yasmin Creative Storyboard Exploratory Qualitative Research Report | 801, 802 -- hearsay not within any objection, this document is not one of Plaintiffs' business records |
| DX-343 | SBPL 02600460 | SBPL 02600463 | Storyboard Exploratory Discussion Guide | 801, 802 -- hearsay not within any objection, this document is not one of Plaintiffs' business records |
| DX-344 | SBPL 02599165 | SBPL 02599169 | Consumer Discussion Guide from Paragon Research Consulting | 801, 802 -- hearsay not within any objection, this document is not one of Plaintiffs' business records |
| DX-345 | SBPL 02578288 | SBPL 02578289 | Email re Print Ad Concept Testing | |
| DX-346 | SBPL 02631501 | SBPL 02631506 | Memo re Topline Findings-Yasmin Advertising Concept Research | 801, 802 -- hearsay not within any objection, this document is not one of Plaintiffs' business records |
| DX-347 | SBPL 02570705 | SBPL 02570719 | Yasmin as compared to Ortho-Tri-Cyclen, Ortho-Tri-Cyclen Lo and Ortho Evra | |
| DX-348 | SBPL 02588942 | SBPL 02588952 | Yasmin as compared to Ortho-Tri-Cyclen, Ortho-Tri-Cyclen Lo and Ortho Evra | |
| DX-349 | SBPL 02591906 | SBPL 02591917 | Yasmin as compared to Ortho-Tri-Cyclen Lo and Ortho Evra | |
| DX-350 | SBPL 02592913 | SBPL 02592918 | Yasmin as compared to Ortho-Tri-Cyclen Lo and Ortho Evra | |

**Bayer Schering Pharma AG v Barr Laboratories**
**Barr Laboratories Trial Exhibit List**

| Exhibit Number | Bates Number Begin | Bates Number End | Document Description | Bayer Schering Objection |
|---|---|---|---|---|
| DX-351 | SBPL 02600640 | SBPL 02600652 | Sample information for Yasmin (2001) | |
| DX-352 | SBPL 02600755 | SBPL 02600759 | Sample information for Yasmin and Ortho Evra since Launch | |
| DX-353 | SBPL 02602302 | SBPL 02602317 | Yasmin comparison against other OC in market | |
| DX-354 | SBPL 02602331 | SBPL 02602352 | Yasmin comparison against Ortho Evra | |
| DX-355 | SBPL 02606024 | SBPL 02606025 | IMS National Prescription Audit | |
| DX-356 | | | IMS Master File labeled 185-07 IPS | |
| DX-357 | SBPL 01017868 | SBPL 01017873 | Product Contribution Margin Statement (1998-mid 2006) | |
| DX-358 | SBPL 01017874 | SBPL 01017875 | 2006-2007 Actual Month and Year to Date Information (Product Contribution Margin Statements | |
| DX-359 | SBPL 02577399 | SBPL 02577409 | Yasmin OC Forecast Model | |
| DX-360 | SBPL 00102254 | SBPL 00102268 | Yasmin Business Plan | |
| DX-361 | SBPL 01006163 | SBPL 01006222 | 2003 Annual Report | |
| DX-362 | SBPL 01010177 | SBPL 01010318 | SEC Form 20-F/A for Schering Aktiengesellschaft | |
| DX-363 | SBPL 01014462 | SBPL 01017086 | Eidetics Managed Care's Reaction to Yasmin | 801, 802 -- hearsay not within any objection, this document is not one of Plaintiffs' business records |
| DX-364 | SBPL 02574362 | SBPL 02574364 | Yasmin Pricing Considerations | |
| DX-365 | SBPL 02578280 | SBPL 02578281 | Email re Yasmin TV Rollout ROI Projection | |
| DX-366 | SBPL 02570916 | SBPL 02570924 | Yasmin NHA Update Presentation | 801, 802 -- hearsay not within any objection, this document is not one of Plaintiffs' business records |
| DX-367 | SBPL 02570944 | SBPL 02570945 | Memo re Field Force Generated Reminder Items for Yasmin | |

**Bayer Schering Pharma AG v Barr Laboratories**
**Barr Laboratories Trial Exhibit List**

| Exhibit Number | Bates Number Begin | Bates Number End | Document Description | Bayer Schering Objection |
|---|---|---|---|---|
| DX-368 | SBPL 02571051 | SBPL 02571052 | Client Contact Report re PCP Direct Mail Sample Program | 801, 802 -- hearsay not within any objection, this document is not one of Plaintiffs' business records |
| DX-369 | SBPL 02571055 | SBPL 02571055 | Client Contact Report re Education Flipchart | 801, 802 -- hearsay not within any objection, this document is not one of Plaintiffs' business records |
| DX-370 | SBPL 02571063 | | Client Contact Report re New Professional Journal Ad for 2003 | 801, 802 -- hearsay not within any objection, this document is not one of Plaintiffs' business records |
| DX-371 | SBPL 02577203 | SBPL 02577205 | Action Items with Timelines and person(s) Accountable | 801, 802 -- hearsay not within any objection, this document is not one of Plaintiffs' business records |
| DX-372 | SBPL 02577429 | SBPL 02577430 | Contact Report with Berlex, RTC and McCann re 2003 plans for Yasmin to leverage ideas | 801, 802 -- hearsay not within any objection, this document is not one of Plaintiffs' business records |
| DX-373 | SBPL 02578282 | SBPL 02578283 | Memo re Yasmin TV Awareness Tracking | |
| DX-374 | SBPL 02578277 | SBPL 02578279 | Memo re Yasmin Consumer Print Ad Testing | |
| DX-375 | SBPL 02578288 | SBPL 02578289 | Memo re Yasmin Print Ad Concept Testing | |
| DX-376 | SBPL 02579421 | SBPL 02579422 | Letter re Yasmin 2003 DTC Budget Summary | 801, 802 -- hearsay not within any objection, this document is not one of Plaintiffs' business records |

**Bayer Schering Pharma AG v Barr Laboratories**
**Barr Laboratories Trial Exhibit List**

| Exhibit Number | Bates Number Begin | Bates Number End | Document Description | Bayer Schering Objection |
|---|---|---|---|---|
| DX-377 | SBPL 02579450 | SBPL 02579732 | Contact Report re plan for TV development for Yasmin Heavy-up spending test | 801, 802 -- hearsay not within any objection, this document is not one of Plaintiffs' business records |
| DX-378 | SBPL 02580756 | SBPL 02580758 | Memo re Yasmin Qualitative Ad Testing | |
| DX-379 | SBPL 02580793 | SBPL 02580796 | Yasmin 2003 DTC Budget Recap | |
| DX-380 | SBPL 02588981 | SBPL 02588982 | Client Contact Report re concepts for POA3 Materials | |
| DX-381 | SBPL 02589226 | | Recommended Price Increase for Yasmin Fact Sheet | |
| DX-382 | SBPL 02589979 | SBPL 02589980 | Contact Report re Yasmin "Right Guy" Ad | |
| DX-383 | SBPL 02591237 | SBPL 02591238 | 2003 Yasmin Incentive Plan | |
| DX-384 | SBPL 02598588 | SBPL 02598590 | Memo re Updated Minutes/Action items from 3/7/01 Team Meeting | |
| DX-385 | SBPL 02598904 | SBPL 02598905 | Email re Yasmin US Outlook | |
| DX-386 | SBPL 02594457 | SBPL 02594458 | Email re Yasmin TV Guide: October | |
| DX-387 | SBPL 02594604 | | Email re Yasmin Sales target for 2003 | |
| DX-388 | SBPL 02594611 | | Email re Yasmin TV results through November | |
| DX-389 | SBPL 02599165 | SBPL 02599169 | Paragon Research Consulting Consumer Discussion Guide | 801, 802 -- hearsay not within any objection, this document is not one of Plaintiffs' business records |
| DX-390 | SBPL 02599683 | SBPL 02599686 | Kaiser net sales 2003-2004 | |
| DX-391 | SBPL 02600240 | SBPL 02600242 | Email re Yasmin Performance and Advertisement | |
| DX-392 | SBPL 02600460 | SBPL 02600463 | Storyboard Exploratory Discussion Guide | 801, 802 -- hearsay not within any objection, this document is not one of Plaintiffs' business records |
| DX-393 | SBPL 02600755 | SBPL 02600759 | Sample information of Yasmin and Ortho Evra since Launch | |

# Bayer Schering Pharma AG v Barr Laboratories
## Barr Laboratories Trial Exhibit List

| Exhibit Number | Bates Number Begin | Bates Number End | Document Description | Bayer Schering Objection |
|---|---|---|---|---|
| DX-394 | SBPL 02601967 | SBPL 02601975 | Email re Yasmin Growth | |
| DX-395 | SBPL 02631131 | SBPL 02631132 | Email re Followup from Our Meeting | |
| DX-396 | SBPL 02631397 | SBPL 02631399 | NHA Manage Care Focus | 801, 802 -- hearsay not within any objection, this document is not one of Plaintiffs' business records |
| DX-397 | SBPL 02632940 | SBPL 02632948 | Berlex Executive Summary for Weeks ending 5/17/2002 | |
| DX-398 | SBPL 02638856 | SBPL 02638858 | Berlex Labs January Operations Commentary | |
| DX-399 | SBPL 02574341 | SBPL 02574343 | Key Findings From Yasmin Advisory Board Meeting | |
| DX-400 | SBPL 02580785 | SBPL 02580788 | FDA Letter on Yasmin Promotion/DTC | |
| DX-401 | SBPL 00923241 | SBPL 00923243 | Email re UK Yasmin study 305043 | |
| DX-402 | | | Albert I. Goldberg, *Short Report: Physician Assessments of Patient Compliance With Medical Treatment*, Soc. Sci. Med. Vol. 47, No. 11, 1873-1876, 1998 | 801, 802 -- hearsay not within any objection, offered to show truth of the matter asserted |
| DX-403 | | | Hiromu Kondo, et al., *Characteristics Of The Gastric pH Profiles Of Unfed And Fed Cynomolgus Monkeys As Pharmaceutical Product Development Subjects*, Biopharmaceutics & Drug Disposition, 24:45-51 (2003) | |
| DX-404 | SBPL 03500000 | SBPL 03501835 | Prosecution History for U.S. Patent No. 6,787,531 | |
| DX-405 | | | Arrowsmith-Lowe CV | |
| DX-406 | | | Bhavnani CV | |
| DX-407 | SBPL 00531336 | | Blode CV | |
| DX-408 | | | Boghigian CV | |
| DX-409 | | | Chambliss CV | |
| DX-410 | SBPL 02517080 | SBPL 02511781 | Duesterberg CV | |
| DX-411 | M-P 00000956 | | Duesterberg CV | |
| DX-412 | M-P 00000216 | | Elliesen CV | |
| DX-413 | | | Foster CV | |

**Bayer Schering Pharma AG v Barr Laboratories**
**Barr Laboratories Trial Exhibit List**

| Exhibit Number | Bates Number Begin | Bates Number End | Document Description | Bayer Schering Objection |
|---|---|---|---|---|
| DX-414 | SBPL 02460629 | SBPL 02460630 | Funke CV | |
| DX-415 | SBPL 00204587 | | Heithecker CV | |
| DX-416 | SBPL 02306866 | | Huempel CV | |
| DX-417 | M-P 00002187 | M-P 00002195 | Lipp CV | |
| DX-418 | | | McGinity CV | |
| DX-419 | | | Mossinghoff CV | |
| DX-420 | | | Nixon CV | |
| DX-421 | | | Pramar CV | |
| DX-422 | SBPL 00443657 | SBPL 00443658 | Schellschmidt CV | |
| DX-423 | | | Schollkopf CV | |
| DX-424 | | | Shulman CV | |
| DX-425 | | | Winkel CV | |
| DX-426 | SBPL 02412930 | SBPL 02412937 | Minutes from the 4th Meeting of DRSP Team | |
| DX-427 | SBPL 02412783 | SBPL 02412795 | Masterplan | |
| DX-428 | SBPL 02451087 | SBPL 02451089 | Status Report | |
| DX-429 | SBPL 00024578 | SBPL 00027258 | Study Report No. 98180 | |
| DX-430 | SBPL 02460631 | SBPL 02460643 | Presentation re Oral Immediate Release Formulation of DRSP | |
| DX-431 | SBPL 02314228 | SBPL 02314239 | 22nd Project Team Meeting Minutes | |
| DX-432 | SBPL 00002072 | SBPL 00002083 | Research Report No. A982 | |
| DX-433 | SBPL 00015429 | SBPL 00015444 | Research Report No. 7215 | |
| DX-434 | SBPL 02521443 | SBPL 02521449 | Contract for the Performace of a Clinical Trial | |
| DX-435 | SBPL 02399783 | SBPL 02399784 | Letter re Berlex Protocol 96049 | |
| DX-436 | SBPL 00770347 | SBPL 00770347 | E-mail re Drug Accountability | |
| DX-437 | | | Susan Budavari, The Merck Index 3513 (12th Ed. 1996) | |
| DX-438 | | | James W. McGinity et al., *The Influence of Various Dispersion Methods on the Rate of Dissolution of Sulfabenzamide*, Drug Development Communications 1(5), 369-387 (1974-1975). | |
| DX-439 | | | Barr Laboratories, Inc.'s Notice of Deposition of Dr. Herman Ellman | 401, 402, 403 -- notice of deposition not relevant evidence · |
| DX-440 | SBPL 02461119 | SBPL 02461126 | DRSP-GastroPlus Simulation Effects of Particle Size and Dissolution on Predicted Bioavailability, T,C and AUC | |

**Bayer Schering Pharma AG v Barr Laboratories**
**Barr Laboratories Trial Exhibit List**

| Exhibit Number | Bates Number Begin | Bates Number End | Document Description | Bayer Schering Objection |
|---|---|---|---|---|
| DX-441 | SBPL 02461083 | SBPL 02461092 | DRSP GastroPlus Simulation Final Assessment of DRSP Particle Size Effect on Bioavailabbility (AUC, c max) | |
| DX-442 | SBPL 02461111 | SBPL 02461111 | E-mail memo re Meeting on DRSP/Formulation | 401, 402, 403 -- irrelevant, refers to privileged meeting where privileged communications took place |
| DX-443 | | | Barr Laboratories, Inc.'s Notice of Deposition of Dr. Wolfgang Heil | 401, 402, 403 -- notice of deposition not relevant evidence |
| DX-444 | | | Plaintiffs Objections and Responses to Defendant's Rule 30(b)(6) Notice | 401, 402, 403 -- objections to 30(b)(6) designations are not relevant evidence |
| DX-445 | | | Barr Laboratories, Inc.'s Amended Notice of Deposition of Dr. Heithecker | 401, 402, 403 -- notice of deposition not relevant evidence |
| DX-446 | SBPL 02902458 | SBPL 02902468 | Research Report No. 4320/H | |
| DX-447 | | | Barr Laboratories Inc.'s Notice of Deposition of Dr. Lipp | 401, 402, 403 -- notice of deposition not relevant evidence |
| DX-448 | | | Letter from Eli Lilly and Company re Dr. Lipp's employment | |
| DX-449 | | | Barr Laboratories, Inc.'s Notice of Depsition of Jutta Pospisil | 401, 402, 403 -- notice of deposition not relevant evidence |
| DX-450 | | | Barr Laboratories, Inc.'s Notice of Deposition of Plaintiffs Pursuant to Fed. R. Civ. P. 30(b)(6) | 401, 402, 403 -- notice of deposition not relevant evidence |
| DX-451 | SBPL 02797459 | SBPL 02797478 | Research Report No. 7797 | |
| DX-452 | M-P 00000159 | M-P 00000181 | Amendment re Inventorship Issues and Formal Matters | |
| DX-453 | SBPL 00094182 | SBPL 00099655 | IND No. 51,693 File | |

**Bayer Schering Pharma AG v Barr Laboratories**
**Barr Laboratories Trial Exhibit List**

| Exhibit Number | Bates Number Begin | Bates Number End | Document Description | Bayer Schering Objection |
|---|---|---|---|---|
| DX-454 | | | Schering NDA File | 403 -- This document is over 70,000 pages in length.  It is needlessly cumulative with numerous other exhibits that Barr has separately designated. |
| DX-455 | BARR-DR-184719 | BARR-DR-184724 | FDA Tentative Approval Letter | |
| DX-456 | | | U.S. Patent No. 5,583,129 | |
| DX-461 | | | J. C. Chaumeil, *Micronization: A method of Improving the Bioavailability of Poorly Soluble Drugs,* Meth. and Findings in Experimental and Clinical Pharmacology, Vol 20, no.3 (April 1998) | |