IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BAYER SCHERING PHARMA AG & BAYER HEALTHCARE PHARMACEUTICALS INC.<br><br>Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>BARR LABORATORIES, INC.<br><br>Defendant and Counterclaim Plaintiff. | Civil Action No. 2:05-cv-02308-PGS |

## ORDER TO CORRECT TRIAL TRANSCRIPTS

This Court, upon motion of the Plaintiffs and the Court's review of the parties' jointly submitted list of corrections to the trial transcripts on January 18, 2008, adopts the parties' list of corrections as necessary and accurate amendments to the certified trial transcripts currently in the record.

IT IS SO ORDERED.

Dated: April 8, 2008

_____
HONORABLE PETER G. SHERIDAN
UNITED STATES DISTRICT JUDGE

v.